# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO.: 6:21-CV-00322 |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § § | |
| Defendant. | | |

## LIST OF PARTIES AND CASE STATUS

Pursuant to Local Rule CV-81(c)(1), Defendant Church Mutual Insurance Company hereby files this list of parties and case status.

**Plaintiff**
Hilltop Church of the Nazarene

**Defendant**
Church Mutual Insurance Company

The removed case is currently pending in the 7th Judicial District Court of Smith County, Texas.