# EXHIBIT C

8/12/2021, Case 6:21-cv-00322-JCB Document 1-3 Filed 08/17/21 Page 2 of 2 PageID #: 12
https://judicial.smith-county.com/PublicAccess/CaseDetail.aspx?CaseID=1765685

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back     Location : All Courts   Images Help

# Register of Actions
## Case No. 21-1661-A

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE VS CHURCH MUTUAL INSURANCE COMPANY | § § § § § | Case Type: **Contract - Other**<br>Date Filed: **07/16/2021**<br>Location: **7th District Court** |

### Party Information

| | | Attorneys |
|---|---|---|
| Defendant | CHURCH MUTUAL INSURANCE COMPANY | |
| Plaintiff | HILLTOP CHURCH OF THE NAZARENE | PRESTON J. DUGAS, III<br>*Retained*<br>817-945-3061(W) |

### Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 07/16/2021 | Original Petition (OCA) |
| 07/16/2021 | Letter to Clerk |
| 07/19/2021 | Citation |
| 07/22/2021 | Miscellaneous |
| 08/12/2021 | Answer |

### Financial Information

**Plaintiff** HILLTOP CHURCH OF THE NAZARENE
Total Financial Assessment                                                                                     335.00
Total Payments and Credits                                                                                     335.00
**Balance Due as of 08/12/2021**                                                                                **0.00**

| | | | | |
|---|---|---|---|---|
| 07/16/2021 | Transaction Assessment | | | 335.00 |
| 07/16/2021 | E-File Payment | Receipt # 2021-297938-DC | HILLTOP CHURCH OF THE NAZARENE | (335.00) |