# EXHIBIT E



Electronically Filed
7/16/2021 3:00 PM
Penny Clarkston, Smith County District Clerk
Reviewed By: Gina McClung

**Preston J. Dugas III**
preston@pjdlawfirm.com
*Licensed in Texas & Louisiana

July 16, 2021

21-1661-A

via efile

Smith County District Clerk
100 North Broadway
Room 204
Tyler, Texas 75702

Re:   Hilltop Church of the Nazarene v. Church Mutual Insurance Company

Dear Clerk:

Please issue citation for service of Plaintiffs' Original Petition on Defendant, **Church Mutual Insurance Company** for service by private process. **Defendant may be served by serving its registered agent for service of process, CORPORATION SERVICE COMPANY, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.**

**Please issue and return the citation electronically to our office for service via private process. You may return it by either e-serve or email to: preston@pjdlawfirm.com** and/or **linda@pjdlawfirm.com**.

Thank you for your assistance in this regard. Please contact me if you have any questions or concerns.

Cordially,

/s/*Preston J. Dugas III*

Preston J. Dugas III