# EXHIBIT G

Electronically Filed
7/22/2021 3:31 PM
Penny Clarkston, Smith County District Clerk
Reviewed By: Penny Clarkston

**7th District Court of SMITH County, Texas**
100 N BROADWAY 2ND FLOOR TYLER TX 75702

# CASE #: 21-1661-A

**HILLTOP CHURCH OF THE NAZARENE**

*Plaintiff*
vs
**CHURCH MUTUAL INSURANCE COMPANY**

*Defendant*

## AFFIDAVIT OF SERVICE

I, **JAMES R HENDERSON**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 07/20/21 10:26 am, instructing for same to be delivered upon CHURCH MUTUAL INSURANCE COMPANY BY DELIVERING TO REGISTERED AGENT, CORPORATION SERVICE COMPANY.

That I delivered to:   CHURCH MUTUAL INSURANCE COMPANY BY DELIVERING TO REGISTERED AGENT, CORPORATION SERVICE COMPANY. By Delivering to Samantha Guerra, Authorized To Accept

the following      : CITATION; PLAINTIFF'S ORIGINAL PETITION

at this address    : 211 E 7TH ST, STE 620
                     Austin, Travis County, TX 78701-3218

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on       : Wednesday July 21, 2021 3:15 pm


My name is JAMES R HENDERSON, my date of birth is October 24th, 1980, and my address is Professional Civil Process Downtown, 2211 S. IH 35, Suite 105, Austin TX 78741, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, State of Texas, on the _____ day of _____, 20__

_____
JAMES R HENDERSON       2732    Declarant
TX Certification#: PSC-12091 Exp. 06/30/2023


AX02A21702685
roberth
eaffidavits@pcpusa.net

Service Fee:   75.00   PCP Inv#: Z21700043
Witness Fee:     .00   SO  Inv#: A21702685
Mileage Fee:     .00   Reference : HILLTOP CHURCH
Dugas, Preston J. (III)

**E-FILE RETURN**

| CLERK OF THE COURT | ATTORNEYS FOR PLAINTIFF |
|---|---|
| PENNY CLARKSTON, DISTRICT CLERK<br>SMITH COUNTY, TEXAS<br>100 N. BROADWAY, RM. 204<br>TYLER, TEXAS   75702<br>903-590-1660 | PRESTON J. DUGAS, III<br><br>PRESTON DUGAS LAW FIRM, PLLC<br>1701 RIVER RUN, SUITE 703<br>FORT WORTH TEXAS  76107<br>817-945-3061 |

CAUSE NO.  21-1661-A
T H E   S T A T E   O F   T E X A S
CITATION

**NOTICE TO DEFENDANT:** "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the Clerk who issued this Citation by ten o'clock (10:00) A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the Clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than thirty (30) days after you file your answer with the Clerk.  Find out more at TexasLawHelp.org."

TO: CHURCH MUTUAL INSURANCE COMPANY – DEFENDANT, BY SERVING ITS REGISTERED AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY, 211 EAST 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701-3218, OR WHEREVER THE DEFENDANT MAY BE FOUND

**YOU ARE HEREBY COMMANDED** to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before Ten o'clock A.M. of the Monday after the expiration of twenty (20) days after the date of service of this citation before the **7th Judicial District Court** of Smith County, Texas, at the Courthouse of said County located at 100 N. Broadway, Tyler, Texas. Said **PLAINTIFF'S ORIGINAL PETITION** was filed 07/16/2021, in this case, numbered **21-1661-A** on the docket of said Court, and styled:

HILLTOP CHURCH OF THE NAZARENE VS CHURCH MUTUAL INSURANCE COMPANY

The nature of Plaintiff's demand is fully shown by a true and correct copy of **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Tyler, Texas, this date**: 19th day of July, 2021**.

ATTEST:

**CLERK OF THE COURT**
**PENNY CLARKSTON, DISTRICT CLERK**
**SMITH COUNTY, TEXAS**
100 N. Broadway, Rm. 204
Tyler, Texas  75702



By:   /s/ *Patricia Dixon*
       **Patricia Dixon, Deputy**

CAUSE NO. 21-1661-A
**SHERIFF'S / OFFICER'S RETURN**

Came to hand the _____ day of _____, 20____, at _____o'clock ___.M., and executed in _____ County, by delivering to each of the within-named Defendants, in person, a true copy of this citation together with the accompanying true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION**, _____

At the following times and places, to wit:

| NAME | MO/DAY/YEAR | HOUR/MIN | PLACE |
|------|-------------|----------|-------|
|      |             |          |       |
|      |             |          |       |

And not executed as to the Defendant(s) _____
Diligence used in finding said Defendant(s), being _____
_____
And the cause of failure to execute this process is: _____
_____and the information received as to the whereabouts of the
The said Defendant(s), being: _____

                                        , _____ Sheriff
FEES:  Serving $ _____          _____ County, Texas

                            By: _____
                                    Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____ on the
_____ Day of _____, 20____, at _____ o'clock ____.M. this copy of this instrument.
_____, Sheriff _____ County, Texas

                            By: _____ Deputy

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT**

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and
My address is _____."
Email address _____.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____, 20__.

                            _____
                            Declarant/Authorized Process Server

                            _____
                            (ID # & Expiration of Certification)