# EXHIBIT I

21IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HILLTOP CHURCH OF THE NAZARENE, §§§§§ <br><br> Plaintiffs, <br><br> v. §§ <br><br> CHURCH MUTUAL INSURANCE COMPANY, §§§§ <br><br> Defendant. | CIVIL ACTION NO.: 6:21-CV-00322 |

## LIST OF ATTORNEYS

Pursuant to Local Rule CV-81(c)(3), Defendant Church Mutual Insurance Company hereby files this list of attorneys.

**Attorneys for Defendant**
G. Brian Odom
State Bar No. 50511840
bodom@zelle.com
Lindsey P. Bruning
State Bar No.24064967
lbruning@zelle.com
Ron H. Burnovski
State Bar No. 24109409
RBurnovski@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:     214-742-3000
Facsimile:     214-760-8994

**Attorney for Plaintiff**
Preston J. Dugas III
TBA No. 24050189
preston@pjdlawfirm.com

**PRESTON DUGAS LAW FIRM PLLC**
1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone:     817-945-3061
Facsimile:     682-219-0751

Page **1** of **1**