EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO.: 6:21-CV-00322 |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § § | |
| Defendant. | | |

## TRIAL BY JURY REQUESTS

Pursuant to Local Rule CV-81, Defendant Church Mutual Insurance Company hereby files this record of parties which have requested trial by jury and states:

As of the date of removal, Plaintiff Hilltop Church of the Nazarene requested a trial by jury on July 16, 2021.