# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO.: 6:21-CV-00322 |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § § | |
| Defendant. | | |

## STATE COURT INFORMATION

Pursuant to Local Rule CV-81(c)(5), Defendant Church Mutual Insurance Company hereby files this information regarding the court from which this case is being removed.

7th Judicial District Court
Smith County, Texas
Honorable Kerry L. Russell
Judge Presiding
Smith County Courthouse
100 N. Broadway, Room 203
Tyler, TX  75702
Telephone:     903-590-1640
https://www.smith-county.com/government/elected-officials/district-court-judges/7th-district-court