THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 6:21-CV-00322 |
| | § | |
| CHURCH MUTUAL INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Local Rule CV83(c) and this Court's Standing Order JCB-CV-7.1, Defendant Church Mutual Insurance Company ("Church Mutual") submits the following Disclosure Statement of corporate affiliations and financial interests.

1. Defendant believes the following to be a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities which may have a financial interest in the outcome of this litigation:

    a. <u>Plaintiff</u>:  Hilltop Church of the Nazarene;

    b. <u>Defendant</u>:  Church Mutual Insurance Company;

    c. <u>Parent Companies of Defendant:</u>  None, as confirmed in the Statement of Disclosure below; and

    d. <u>Counsel for Plaintiff</u>: Preston J. Dugas III, Preston Dugas Law Firm PLLC, 1701 River Run, Suite 703, Fort Worth, Texas 76107.

2. If new parties are added or additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this

litigation, Defendant will promptly file an amended certificate with the Court.

### Statement of Disclosure of Corporate Affiliations and Financial Interest

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant makes the following disclosures:

> Church Mutual Insurance Company hereby discloses that it is a mutual insurance company. There is no parent corporation or publicly held corporation that owns 10% or more of stock.

Respectfully submitted,

**ZELLE LLP**

By: */s/ Ron H. Burnovski*
  G. Brian Odom
  State Bar No. 50511840
  bodom@zelle.com
  Lindsey P. Bruning
  State Bar No.24064967
  lbruning@zelle.com
  Ron H. Burnovski
  State Bar No. 24109409
  RBurnovski@zelle.com

901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      A true and correct copy of the foregoing has been served on the following counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 18th day of August 2021:

Preston J. Dugas III
TBA No. 24050189
preston@pjdlawfirm.com
**PRESTON DUGAS LAW FIRM PLLC**
1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone:    817-945-3061
Facsimile:    682-219-0751
*Attorney for Plaintiff*

                                          */s/ Ron H. Burnovski*
                                           Ron H. Burnovski