THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, *Plaintiff,* | § § § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-00322-JCB |
| CHURCH MUTUAL INSURANCE COMPANY, *Defendant.* | § § § § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and this Court's Standing Order JCB-CV-7.1, Plaintiff, Hilltop Church of the Nazarene, through the undersigned counsel, provides this Disclosure Statement listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent or subsidiary corporations, or other legal entities that may have financial interest in the outcome of this case.

1.  Plaintiff:
    Clayton Fourniquet
    Hilltop Church of the Nazarene
    By and through counsel of record,
    Preston J. Dugas, III
    State Bar No. 24050189
    preston@pjdlawfirm.com
    PRESTON DUGAS LAW FIRM, PLLC
    1701 River Run, Suite 703
    Fort Worth, Texas 76107
    Telephone:   (817) 945-3061
    Facsimile:    (682) 219-0761

    Plaintiff's Counsel:
    Preston J. Dugas III
    Texas Bar No. 24050189

      preston@pjdlawfirm.com
      PRESTON DUGAS LAW FIRM, PLLC
      1701 River Run, Suite 703
      Fort Worth, Texas 76107
      Telephone:   (817) 945-3061
      Facsimile:    (682) 219-0761

2.    Defendant:
      Church Mutual Insurance Company
      c/o Ron H. Burnovski
      Texas Bar No. 2410949
      rburnovski@zelle.com
      G. Brian Odom
      Texas Bar No. 50511840
      bodom@zelle.com
      Lindsey Bruning
      State Bar No. 24064967
      lbruning@zelle.com
      ZELLE LLP
      901 Main Street, Suite 4000
      Dallas, Texas 75202
      Telephone:   (214) 742-3000
      Facsimile:    (214) 760-8994

To the best of Plaintiff's knowledge, there are no additional parties, persons, or entities that are financially interested in the outcome of this litigation.

**Statement of Disclosure to Corporate Affiliations and Financial Interest**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff makes the following disclosures:

Hilltop Church of the Nazarene hereby discloses that there is no parent corporation or publicly held corporation that owns 10% or more of stock.

              Respectfully submitted,

              */s/Preston J. Dugas III*
              PRESTON J. DUGAS III
              State Bar No. 24050189

        preston@pjdlawfirm.com

**PRESTON DUGAS LAW FIRM, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:   (817) 945-3061
Facsimile:   (682) 219-0761

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Plaintiff's Certificate of Interested Parties and Rule 7.1 Disclosure Statement* was served on the below-named attorney on this 27th day of August 2021.

*via e-service*
Ron H. Burnovski
State Bar No. 24109409
rburnovski@zelle.com
G. Brian Odom
State Bar No. 50511840
bodom@zelle.com
Lindsey Bruning
State Bar No.24064967
lbruning@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone:   (214) 742-3000
Facsimile:   (214) 760-8994

     */s/Preston J. Dugas III*
     Preston J. Dugas III