IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HILLTOP CHURCH OF THE NAZARENE, <br><br> *Plaintiff,* <br><br> v. <br><br> CHURCH MUTUAL INSURANCE COMPANY, <br><br> *Defendant.* | §§§§§§§§§§§§ CIVIL ACTION NO. 6:21-CV-00322-JCB |

**JOINT NOTICE RE AGREED
DESIGNATION OF MEDIATOR AND
MEDIATION DATE**

TO THE HONORABLE JUDGE BARKER:

Pursuant to this Court's October 13, 2021 Scheduling Order (Dk-8), the undersigned counsel for the plaintiff and for the defendant hereby confirm that they met and conferred, and the parties have agreed upon the selection of Mark Gilbert of Gilbert Mediation Group to serve as mediator for this case. Counsel have also contacted Mr. Gilbert's office and have scheduled a mediation with Mr. Gilbert that is to take place on March 31, 2022.

As required by the Scheduling Order, the parties submit herewith as Exhibit 1 a [Proposed] Order for the Court confirming the appointment of Mark Gilbert to serve as mediator on this case.

Respectfully submitted,

**PRESTON DUGAS LAW FIRM, PLLC**

By: */s/ Preston J. Dugas III*

    Preston J. Dugas III
    preston@pjdlawfirm.com
    State Bar No. 24050189

1701 River Run, Suite 703
Fort Worth, TX  76107
Telephone:     817-945-3061
Facsimile:     682-219-0761
**ATTORNEY FOR PLAINTIFF**

And

Respectfully submitted,

**ZELLE LLP**

By: */s/ Ron H. Burnovski*

    G. Brian Odom
    State Bar No. 50511840
    bodom@zelle.com
    Lindsey P. Bruning
    State Bar No.24064967
    lbruning@zelle.com
    Ron H. Burnovski
    State Bar No. 24109409
    RBurnovski@zelle.com

901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:     214-742-3000
Facsimile:     214-760-8994
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

On October 27, 2021, I conferred with Ron Burnovski, attorney for Defendant, and he agrees tothe contents of this Joint Report.

/s/*Preston J. Dugas III*
Preston J. Dugas III

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on the following counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 28 day of October 2021:

Preston J. Dugas III
TBA No. 24050189
preston@pjdlawfirm.com
**PRESTON DUGAS LAW FIRM PLLC**
1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone:     817-945-3061
Facsimile:     682-219-0751
**Attorney for Plaintiff**

/s/ Ron H. Burnovski
Ron H. Burnovski