IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HILLTOP CHURCH OF THE NAZARENE, <br><br> *Plaintiff,* <br><br> v. <br><br> CHURCH MUTUAL INSURANCE COMPANY, <br><br> *Defendant.* | § § § § § § § § § § § § § CIVIL ACTION NO. 6:21-CV-00322-JCB |

**[PROPOSED] ORDER RE APPOINTMENT OF MEDIATOR**

Pursuant to the Court's Scheduling Order issued October 13, 2021 (Dk-8), the parties were directed to meet and confer concerning selection of a mediator and the scheduling of a mediation prior to the April 6, 2022 mediation deadline established by that Order. The parties have filed a Joint Notice Re Agreed Selection Of Mediator and Mediation Date notifying the Court of their agreement to the designation of Mark Gilbert of Gilbert Mediation Group to serve as mediator for this case.

Accordingly, the Court hereby appoints

> Mark Gilbert
> Gilbert Mediation Group
> CBS Television/CBS Tower
> 12001 N. Central Expressway,
> Suite 650, Dallas, TX 75243
> Telephone number: 214-303-4500
> Facsimile number 214-303-4501

to serve as mediator for this case.

**ORDER RE APPOINTMENT OF MEDIATOR**      **PAGE 1**

So ordered by the Court on _____, 2021.

_____
J. CAMPBELL BARKER
United States District Judge