UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00322

**Hilltop Church of the Nazarene,**
*Plaintiff,*

v.

**Church Mutual Insurance Company,**
*Defendant.*

# ORDER

Upon agreement of the parties, it is hereby ordered that Mark Gilbert is appointed mediator in this case.

*So ordered by the court on November 5, 2021.*

J. CAMPBELL BARKER
United States District Judge