UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 6:21-CV-00322-JCB |
| CHURCH MUTUAL INSURANCE COMPANY, | | |
| *Defendant*. | | |

## NOTICE OF APPEARANCE

Vincent P. Circelli of Circelli & Walter, PLLC, gives notice of his appearance as counsel for Plaintiff in this matter. Mr. Circelli's contact information is as follows:

> Vincent P. Circelli
> State Bar No. 24058804
> vcircelli@circelliwalterlaw.com
> **CIRCELLI & WALTER, PLLC**
> 1701 River Run, Suite 703
> Fort Worth, Texas 76107
> (817) 697-4942 telephone
> (817) 697-4944 facsimile

The filing of this Notice constitutes his first appearance in this case. Mr. Circelli is admitted to practice before the federal courts in this District and is in good standing with the State Bar of Texas.

Preston J. Dugas III shall be lead counsel for Plaintiff and remain as counsel of record for Plaintiff.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@circelliwalterlaw.com
**CIRCELLI & WALTER, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone: (817) 697-4942
Facsimile: (817) 697-4944

Preston J. Dugas III
State Bar No. 24050189
preston@pjdlawfirm.com
**PRESTON DUGAS LAW FIRM, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone: (817) 945-3061
Facsimile: (682) 219-0761

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, a true and correct copy of the foregoing was served on all counsel of record pursuant to Federal Rule of Civil Procedure 5(b), as follows:

Ron H. Burnovski
G. Brian Odom
Lindsey Bruning
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202

*/s/ Vincent P. Circelli*
Vincent P. Circelli