# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **HILLTOP CHURCH OF THE NAZARENE,** § § § § *Plaintiff,* § § **v.** § § **CHURCH MUTUAL INSURANCE COMPANY,** § § § § *Defendant.* § | CIVIL ACTION NO. 6:21-CV-00322-JCB |

## NOTICE OF FIRM NAME CHANGE

Please take notice that effective January 10, 2022, the law firms of Preston Dugas Law Firm, PLLC and Circelli & Walter, PLLC are merging and changing their respective names to Dugas, Cheek & Circelli, PLLC. The law firm's address will remain as follows:

> Dugas, Cheek & Circelli, PLLC
> 1701 River Run, Suite 703
> Fort Worth, TX 76107
> Tel: (817) 945-3061
> Fax: (682) 219-0761

Please update your records to reflect this change.

Respectfully submitted,

**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:   (817) 945-3061
Facsimile:   (682) 219-0761

By:   */s/ Vincent P. Circelli*
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com

Vincent P. Circelli  
State Bar No. 24058804  
vcircelli@dcclawfirm.com  
Kelli L. Walter  
State Bar No. 24074576  
kwalter@dcclawfirm.com  

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on January 7, 2022, in the manner described below:

**Via E-Serve**
Ron Burnovski
G. Brian Odom
Lindsey P. Bruning
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202

**ATTORNEYS FOR DEFENDANT**

*/s/ Vincent P. Circelli*
Vincent P. Circelli