IN THE UNITED STATES DISTRICT
COURTFOR THE EASTERN DISTRICT
OF TEXAS TYLER DIVISION

| | | |
|---|---|---|
| **HILLTOP CHURCH OF THE NAZARENE,** § § § | | |
| *Plaintiff,* § § | | |
| v. § § | **CIVIL ACTION NO. 6:21-CV-00322-JCB** | |
| **CHURCH MUTUAL INSURANCE COMPANY,** § § § § | | |
| *Defendant.* § | | |

**ORDER GRANTING AGREED
MOTION TO EXTEND EXPERT DEADLINES**

On this day, the Court considered Plaintiff's Agreed Motion to Extend Expert Deadlines. Having considered the agreed motion and arguments of counsel, the Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Agreed Motion to Extend Expert Deadlines is **GRANTED**.