UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:21-CV-00322-JCB |
| | § | |
| CHURCH MUTUAL INSURANCE | § | |
| COMPANY | § | |
| *Defendant*. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**

The Court, after having considered Plaintiff, HILLTOP CHURCH OF THE NAZARENE's

Unopposed Motion For Leave to File Plaintiff's First Amended Complaint, is of the opinion that it

should be granted.

IT IS THEREFORE ORDERED that Plaintiff may file its First Amended Complaint.