UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, § | | |
| *Plaintiff*, § | | |
| § | | |
| vs. § | CIVIL ACTION NO. 6:21-CV-00322-JCB | |
| § | | |
| CHURCH MUTUAL INSURANCE § | | |
| COMPANY § | | |
| *Defendant.* § | | |

## NOTICE OF PLAINTIFF'S EXPERT DISCLOSURES

Pursuant to Local Rule CV-26(c), Plaintiff Hilltop Church of the Nazarene hereby notifies the Court that on March 1, 2022 Plaintiff served on Defendant its Expert Disclosures under Rule 26(a)(2) of the Federal Rules of Civil Procedure, which includes the written expert reports required by Rule 26(a)(2)(B).

Respectfully submitted,

*/s/ Vincent P. Circelli*
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Kelli L. Walter
State Bar No. 24074576
kwalter@dcclawfirm.com

**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:   (817) 945-3061
Facsimile:   (682) 219-0761

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2022, a true and correct copy of the foregoing was served on all counsel of record pursuant to Federal Rule of Civil Procedure 5(b), as follows:

*via e-service*
Ron Burnovski
rburnovski@zelle.com
G. Brian Odom
bodom@zelle.com
Lindsey P. Bruning
lbruning@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone: (214) 742-3000
Facsimile:  (214) 760-8994

                                        */s/ Vincent P. Circelli*
                                        Vincent P. Circelli