UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action NO. 6:21-CV-00322-JCB |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

**DEFENDANT'S RULE 26(A)(2) INITIAL EXPERT DESIGNATION**

TO:   Plaintiff, Hilltop Church of the Nazarene, by and through its counsel of record, Vincent P. Circelli and Preston J. Dugas III, **Dugas, Cheek & Circelli, PLLC,** 1701 River Run, Suite 703, Fort Worth, TX 76107.

Pursuant to the Court's Scheduling Order, the Court's February 10, 2022 Minute Order, Federal Rule of Civil Procedure 26(a)(2), and Local Rule CV-26(b), Defendant Church Mutual Insurance Company ("Defendant") submits the following Initial Expert Designation:

**I.
RETAINED EXPERT**

Defendant may use the following retained expert to present evidence under Federal Rules of Evidence 702, 703, and/or 705 in this matter:

1. **Daniel J. Hillner, P.E.**
   **EFI GLOBAL, INC.**
   **1800 10th Street, Suite 300**
   **Plano, Texas 75074**
   **(972) 484-6020**

Mr. Hillner may offer opinion and/or inference testimony regarding: (a) the design, construction, and physical condition of the insured property located at 10818 University Drive, Tyler, Texas 75707 (the "Property"), including the roofs, walls, and other exterior components of

the Property purportedly damaged during a weather event on or about March 13-14, 2019; (b) the nature and extent of any physical damage sustained by the Property as a result of a weather event on or about March 13-14, 2019; and (c) the cause and origin of physical damage existing at the Property.

Mr. Hillner may also respond to any reports, opinions, conclusions, evidence, or testimony offered by Plaintiff or its designated experts concerning any of the above or related topics. Mr. Hillner may also offer expert opinions and conclusions in response to any rebuttal reports, opinions, conclusions, evidence, or testimony that may be offered by Plaintiff and/or Plaintiff's designated experts.

The general substance of Mr. Hillner's opinions and conclusions, the basis and reasons for his opinions and conclusions, and the facts and/or data considered by him in forming his opinions and conclusions are set forth in his report dated April 16, 2020 – a copy of which was previously produced to Plaintiff, bates-labeled CM 00346-410, and is attached to these disclosures as **Exhibit A-1**. Mr. Hillner may also utilize drawings, photographs, charts, diagrams, and other demonstrative or illustrative aides to assist in explaining his testimony and opinions.

To the extent not specified in his report, Mr. Hillner's opinions and conclusions are based on his education, training, and experience, his inspection of the Property, and his review of the facts and/or data contained in the documents included in his file for this matter.

A copy of Mr. Hillner's *curriculum vitae* is attached to these disclosures as **Exhibit A-2**. A list of all cases in the last four years in which Mr. Hillner offered testimony as an expert witness (whether by deposition or at trial) is attached as **Exhibit A-3**. If necessary, Mr. Hillner will testify regarding his training, education, experience, and qualifications, as well as any other matters set forth in his *curriculum vitae.*

Mr. Hiller has been paid (and will be paid) on an hourly basis for services rendered in this matter. A rate sheet reflecting Mr. Hillner's hourly rate is attached to these disclosures as **Exhibit A-4**.

## II.
## RESERVATIONS

Defendant reserves the right to amend or supplement this designation of expert witnesses in accordance with the scheduling order entered by the Court, or in response to any designation of experts provided by Plaintiff.

Respectfully submitted,

By: */s/ Lindsey P. Bruning*
    G. Brian Odom
    State Bar No. 50511840
    bodom@zelle.com
    Lindsey P. Bruning
    State Bar No.24064967
    lbruning@zelle.com

901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:   214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on this 1st of March 2022:

Vincent P. Circelli
TBA No. 24058804
vcicelli@dcclawfirm.com
Preston J. Dugas III
TBA No. 24050189
preston@pjdlawfirm.com
**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone:    817-945-3061
Facsimile:    682-219-0751

*Attorneys for Plaintiff*

        */s/ Lindsey P. Bruning*
        Lindsey P. Bruning