IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

### Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 6:21-CV-00322
2. Style of case: HILLTOP CHURCH OF THE NAZARENE V. CHURCH MUTUAL INSURANCE COMPANY
3. Nature of suit: Insurance
4. Method of ADR used:   ☑ Mediation      ☐ Mini-Trial      ☐ Summary Jury Trial
5. Date ADR session was held: 3/31/2022
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.        ☐ Settled, in part, as result of ADR
   ☐ Settled as a result of ADR.             ☑ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1,800.00
8. Duration of ADR: 4 hour   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   Mark W. Gilbert , Mediator
   Michael Scarlett for Hilltop Church of the      Lindsey P. Bruning, Esq.
   Nazarene
   Preston J. Dugas, III, Esq.                     Christopher Grunenwald for Church Mutual
   Vincent P. Circelli, Esq.                       Insurance Company

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Mark W. Gilbert*
Signature                                          April 5, 2022
                                                   Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243    (214)303-4500
Address                                                          Telephone

**Preston J. Dugas, III, Esq.**
Preston Dugas Law Firm PLLC
309 W. 7th Street
Suite 1100
Fort Worth, TX  76102
(817) 945-3061
(817) 335-1603

**Vincent P. Circelli, Esq.**
Circelli & Walter, PLLC
500 E. 4th Street
Suite 250
Fort Worth, TX  76102
(817) 697-4942
(817) 697-4944

**Lindsey P. Bruning, Esq.**
Zelle LLP
901 Main Street
Suite 4000
Dallas, TX  75202
(214) 742-3000
(214) 760-8994