UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action NO. 6:21-CV-00322-JCB |
| | § § | |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## JOINT STATUS REPORT REGARDING MEDIATION

Pursuant to this Court's Scheduling Order [Doc. 8], Plaintiff Hilltop Church of the Nazarene ("Hilltop") and Defendant Church Mutual Insurance Company ("Church Mutual") file this report advising the Court of the outcome of the Parties' mediation held on March 31, 2022.

On March 31, 2022, the Parties participated in a mediation with Mark Gilbert as the mediator. The Parties were ultimately unable to reach a resolution. On behalf of Hilltop, attorney Vincent Circelli attended as counsel of record. Michael Scarlett attended the mediation as Hilltop's representative. On behalf of Church Mutual, attorney Lindsey Bruning attended as counsel of record. Chris Grunenwald attended the mediation as Church Mutual's representatives.

Respectfully submitted,

By: */s/ Vincent P. Circelli*
    Vincent P. Circelli
    TBA No. 24058804
    vcicelli@dcclawfirm.com
    Preston J. Dugas III
    TBA No. 24050189
    preston@pjdlawfirm.com
    **DUGAS, CHEEK & CIRCELLI, PLLC**
    1701 River Run, Suite 703
    Fort Worth, TX 76107
    Telephone: 817-945-3061
    Facsimile: 682-219-0751

**ATTORNEYS FOR PLAINTIFF HILLTOP CHURCH OF THE NAZARENE**

**-AND-**

By: */s/ Lindsey P. Bruning*
    G. Brian Odom
    State Bar No. 50511840
    bodom@zelle.com
    Lindsey P. Bruning
    State Bar No. 24064967
    lbruning@zelle.com

    901 Main Street, Suite 4000
    Dallas, TX 75202
    Telephone: 214-742-3000
    Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANT CHURCH MUTUAL INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing has been served this 7th day of April 2022, in compliance with the Federal Rules of Civil Procedure by electronic service as follows:

    Vincent P. Circelli
    TBA No. 24058804
    vcicelli@dcclawfirm.com
    Preston J. Dugas III
    TBA No. 24050189
    preston@pjdlawfirm.com
    **DUGAS, CHEEK & CIRCELLI, PLLC**
    1701 River Run, Suite 703
    Fort Worth, TX 76107
    Telephone:    817-945-3061
    Facsimile:    682-219-0751

    ***Attorneys for Plaintiff***
.

    */s/ Lindsey P. Bruning*
    Lindsey P. Bruning

4883-2583-8866v1