IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-00322-JCB |
| | § § | |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Kiri D. Deonarine of the law firm ZELLE LLP hereby enters her appearance as counsel of record for Defendant Church Mutual Insurance Company and requests that she be provided notice of all matters and proceedings in this case. Ms. Deonarine is already registered with the District Clerk pursuant to the Court's ECF/ENS requirements. G. Brian Odom will remain lead counsel of record.

All parties have been notified of this appearance by copy of this pleading.

Respectfully submitted,

**ZELLE LLP**

By: */s/ Kiri D. Deonarine*
    G. Brian Odom
    State Bar No. 50511840
    bodom@zelle.com
    Lindsey P. Bruning
    State Bar No. 24064967
    lbruning@zelle.com
    Kiri D. Deonarine
    State Bar No. 24105298
    kdeonarine@zelle.com

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANT CHURCH MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      A true and correct copy of the foregoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on this 5th day of May, 2022:

Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Kelli L. Walter
State Bar No. 24074576
kwalter@dcclawfirm.com
**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone: 817-945-3061
Facsimile: 682-219-0761

**ATTORNEYS FOR PLAINTIFF**

                                                        */s/ Kiri D. Deonarine*