UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HILLTOP CHURCH OF THE NAZARENE,<br> *Plaintiff*,<br><br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY,<br> *Defendant*. | §§§§§§§§§§§<br><br>CIVIL ACTION NO. 6:21-CV-00322-JCB |

**PLAINTIFF'S NOTICE OF FIRST AMENDED RULE 26(a)(1) DISCLOSURES**

Plaintiff, Hilltop Church of the Nazarene certifies that it served its First Amended Disclosures as required by Federal Rule of Civil Procedure 26(a)(1), on Defendant on May 18, 2022.

 Respectfully submitted,

*/s/ Vincent P. Circelli*
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Kelli L. Walter
State Bar No. 24074576
kwalter@dcclawfirm.com
**DUGAS CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone: (817) 945-3061
Facsimile: (682) 219-0761

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

       I hereby certify that on May 18, 2022, a true and correct copy of the foregoing was served on all counsel of record pursuant to Federal Rule of Civil Procedure 5(b), as follows:

*via email*
G. Brian Odom
State Bar No. 50511840
bodom@zelle.com
Lindsey Bruning
State Bar No.24064967
lbruning@zelle.com
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone:   (214) 742-3000
Facsimile:   (214) 760-8994

**ATTORNEYS FOR DEFENDANT**

                              */s/ Vincent P. Circelli*
                              Vincent P. Circelli