IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-00322-JCB |
| | § § | |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## JOINT NOTICE OF AGREED EXTENSION OF DISCOVERY DEADLINE

Plaintiff Hilltop Church of the Nazarene and Defendant Church Mutual Insurance Company jointly file this Joint Notice of Agreed Extension of Discovery Deadline to advise the Court of the parties' stipulation to extend the discovery deadline through and until July 15, 2022.

The Court's October 13, 2021 Scheduling Order provides for a May 13, 2022 discovery deadline. [Dkt. 8] The Order further states that "[t]he parties may agree to extend this discovery deadline, provided that (1) the extension does not affect the trial setting, dispositive-motions deadline, challenges to experts' deadline, or pretrial submission dates; and (2) the parties joint file with the court written notice of the extension."

Due to various scheduling issues, the parties previously agreed to extend the discovery deadline through and until June 13, 2022. [Dkt. 23] Since this agreement, additional scheduling issues arose and counsel for the parties have agreed to extend the discovery deadline again, through and until Friday, July 15, 2022. The agreed extension leaves the parties with more than sufficient time to evaluate and draft dispositive and/or *Daubert* motions prior to the August 8, 2022 deadline

for such motions and will accordingly not affect that deadline. The extension will also not affect the November 14, 2022 trial setting.

Respectfully submitted,

By:    /s/ Vincent P. Circelli
    Preston J. Dugas III
    State Bar No. 24050189
    pdugas@dcclawfirm.com
    Vincent P. Circelli
    State Bar No. 24058804
    vcircelli@dcclawfirm.com
    **DUGAS, CHEEK & CIRCELLI, PLLC**
    1701 River Run, Suite 703
    Fort Worth, TX 76107
    Telephone: 817-945-3061
    Facsimile: 682-219-0761

**ATTORNEYS FOR PLAINTIFF**

-and-

By:    /s/ Lindsey P. Bruning
    G. Brian Odom
    State Bar No. 50511840
    bodom@zelle.com
    Lindsey P. Bruning
    State Bar No. 24064967
    lbruning@zelle.com
    Kiri D. Deonarine
    State Bar No. 24105298
    kdeonarine@zelle.com
    **ZELLE LLP**
    901 Main Street, Suite 4000
    Dallas, TX  75202-3975
    Telephone:    214-742-3000
    Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANT CHURCH MUTUAL INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

    A true and correct copy of the foregoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on this 10th of June 2022:

Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone: 817-945-3061
Facsimile: 682-219-0761

**ATTORNEYS FOR PLAINTIFF**

                                                                     */s/ Lindsey P. Bruning*
                                                                       Lindsey P. Bruning