# Exhibit 4

In the Matter Of:

HILLTOP CHURCH OF NAZARENE

vs

CHURCH MUTUAL INSURANCE

Anayo Onyi

May 06, 2022



Anayo Onyi
May 06, 2022

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF TEXAS
                        TYLER DIVISION

HILLTOP CHURCH OF THE        )
NAZARENE,                    )
                             )
     Plaintiff,              )
                             )
vs.                          )  CASE NO. 6:21-CV-00322-JCB
                             )
CHURCH MUTUAL INSURANCE      )
COMPANY,                     )
                             )
     Defendant.              )
```

ORAL VIDEOTAPED ZOOM DEPOSITION

ANAYO ONYI

May 6, 2022

ORAL VIDEOTAPED ZOOM DEPOSITION OF ANAYO ONYI, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and numbered cause on the 6th day of May, 2022, from 2:02 p.m. to 3:38 p.m., via Zoom, before Debra K. Zebert, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



GPS LLC
gpscalendar@gps.llc ~ 214.347.4781

Appx. p. 69

Anayo Onyi
May 06, 2022

Page 2

1                     APPEARANCES

2

3 FOR PLAINTIFF:

4     Vincent P. Circelli, Esquire
    DUGAS, CHEEK & CIRCELLI, PLLC
5     1701 River Run, Suite 703
    Fort Worth, Texas  76107
6     817.945.3061
    vcircelli@circelliwalterlaw.com
7
FOR DEFENDANT:
8
    Kiri D. Deonarine, Esquire
9     ZELLE LLP
    901 Main Street, Suite 4000
10    Dallas, Texas  75202-3975
    214.742.3000
11    kdeonarine@zelle.com

12
ALSO PRESENT:
13
    Austin Parker, Videographer
14

15

16

17

18

19

20

21

22

23

24

25



GPS LLC
gpscalendar@gps.llc ~ 214.347.4781

Appx. p. 70

INDEX

PAGE

ANAYO ONYI

Examination by Ms. Bruning ........................4
Signature Page  ..................................73
Signature Page - No Changes  .....................76
Court Reporter's Certificate .....................77

EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | HILLTOP 000613 | 43 |
| 2 | HILLTOP 000500 | 44 |
| 3 | HILLTOP 000549 | 51 |
| 4 | HILLTOP 000510-512 | 53 |
| 5 | JUDGE 000024-34 | 66 |

Page 4

1                    THE VIDEOGRAPHER:  Okay.  We are on the
2  record at 2:02.  Today's date is May 6, 2022.  This is
3  the video deposition of Anayo Onyi, in the matter of
4  Hilltop Church of the Nazarene v. Church Mutual
5  Insurance Company, Case No. 6:21-CV-00322-JCB.  Will
6  counsel state your appearances for the record.
7                    MR. CIRCELLI:  I'm Vinny Circelli, on
8  behalf of plaintiff.
9                    MS. DEONARINE:  Kiri Deonarine, on behalf
10 of Church Mutual Insurance.
11                   THE VIDEOGRAPHER:  Thank you very much.
12 Will the reporter please swear in the witness.
13                   THE COURT REPORTER:  Yes.  I have a brief
14 read-on.  I'm Kathy Zebert, the reporter for today's
15 deposition.  Do counsel stipulate and agree that I may
16 administer the oath remotely and that the oath so given
17 is valid for all purposes of this deposition?
18                   (All counsel stipulate.)
19                       ANAYO ONYI,
20 having been first duly sworn, testified as follows:
21                       EXAMINATION
22 BY MS. DEONARINE:
23    Q.   Hi, Mr. Onyi.  My name is Kiri Deonarine.
24    A.   Hi, Kiri.
25    Q.   I am an attorney with Zelle, LLP.  Nice to meet



1 slopes of the -- of the property.  So I came down, let
2 them know that.  And again, I don't recall if a claim
3 was already filed.  I want to say -- I would guess,
4 Kiri, that after I discovered damage, we then filed a
5 claim afterwards.
6          And also, speaking to, you know, the delays in
7 process, et cetera, you know, with churches, usually
8 there's, you know, boards that are in place and review
9 and discussion processes, et cetera.  You know, so even
10 if, you know -- let's just say I found damage and blah,
11 blah, blah.  In most cases, my experience, you know, in
12 working with churches in the past, there's usually going
13 to be some time, unless you've got, you know, a tree
14 through, you know, the sanctuary, usually there's going
15 to be some time where things are discussed and, you
16 know, finances are looked and all that good stuff.
17 So --
18      Q.   Okay.  But you inspected the property for
19 Stonewater Roofing initially, correct?
20      A.   I did.
21      Q.   Did anyone else inspect the property with you
22 or before you?
23      A.   On my initial inspection, no.  I was solo.  And
24 I don't know of anybody else inspecting it before me,
25 definitely not from my company.

```
 1     Q.    Okay.  Okay.  Well, let's go through some of
 2  this damage that you identify in your first inspection.
 3     A.    All right.
 4     Q.    Do you remember when that first inspection
 5  occurred?
 6     A.    Kiri, I don't.
 7     Q.    Okay.
 8     A.    I feel like I remember it being hot, but
 9  honestly, it's always hot when I get on that roof.  But,
10  yeah, if I had to guess, you know, obviously, it was
11  sometime after the date of loss.  I mean, I would guess
12  maybe sometime in the -- in the summer.
13     Q.    Summer of 2019, correct?
14     A.    Yes, ma'am.
15     Q.    Okay.  All right.  So -- so let's discuss all
16  the damage you identified.  You said --
17     A.    Okay.
18     Q.    -- you noticed damage to the shingles, soft
19  metal, siding, the gutters, multiple slopes?
20     A.    Yes, I --
21           (Interruption.)
22  BY MS. DEONARINE:
23     Q.    Okay.  So I just want to go through the list
24  with you.  You said you noticed damage to the shingles,
25  the soft metal, siding, gutters and multiple slopes.
```

```
 1  Anything else in that list?
 2       A.   I -- you know, so again, it's been so long.  I
 3  would imagine that they had some interior damage at that
 4  time.  The reason I guess that is because that's usually
 5  what gives somebody an indication that they have damage
 6  up on the roof.  Most people don't, you know,
 7  necessarily get on their roofs regularly.
 8            So I would imagine that they had at least
 9  noticed some sort of leaking somewhere in the building
10  at that time, and I -- I'm -- I know I took a walk
11  inside the building on my first visit.  So I imagine
12  that there was also some interior damage documented at
13  that time.
14       Q.   But you don't remember specifically any
15  interior damage?
16       A.   I don't remember specifically where it was at,
17  but I'm confident that there was interior damage because
18  that would have been the likely purpose of them calling
19  me; more likely than noticing damage on the shingles,
20  because, again, most people don't get on their roofs
21  regularly.
22       Q.   But you don't know for sure?
23       A.   If I had to -- if I had to -- I'd be more sure
24  that they had interior damage than I would be unsure, if
25  that can suffice as an answer.
```



Anayo Onyi
May 06, 2022

Page 40

```
 1  So, yeah, there has been more damage that has occurred,
 2  and I've been doing my due diligence to mitigate that
 3  damage in the meantime.
 4       Q.   Would you describe that additional damage?
 5       A.   Sure.  We've had some more shingles blow off.
 6  We've had some additional leaks arise and -- yeah,
 7  that's what's been happening.
 8       Q.   So when you say "additional leaks" --
 9       A.   Yep.
10       Q.   -- where are you noticing additional leaks?
11       A.   Oh, they've been throughout the building,
12  several different areas.  Usually, they -- they
13  correspond with where some shingles have blown off of
14  the roof.  So I mean, you can imagine -- you're not in
15  East Texas, but you're probably somewhere here in Texas.
16  So you can imagine we've had some pretty, you know,
17  severe storms over the past couple of years.  So
18  whatever slope took, you know, the worst turn, usually
19  some shingles have come off, and I've been going out
20  there to patch them up.
21       Q.   Okay.  Could you describe the dates of these
22  additional storms?
23       A.   Oh, I don't know them off the top of my head,
24  Kiri, but I would say I probably went out there about
25  January or February of this year.  I know I went out
```



GPS LLC
gpscalendar@gps.llc ~ 214.347.4781

Appx. p. 76

Page 41

1  last year a time or two.  What specific months, I don't
2  know.  When they call, I -- I answer, and I go help out.
3      Q.    Okay.  So do you know, was it less than five?
4  More than five?
5      A.    Oh, I would say five is probably a good
6  number --
7      Q.    So there --
8      A.    -- of, you know --
9      Q.    -- have been -- I'm sorry.
10     A.    Yeah, I was going to say, I would say five is
11 probably a good number of times that I've gone out
12 specifically to address either a tarp coming up that
13 I've already applied or new shingles being blown off in
14 the interim of this claim process, et cetera.
15     Q.    Okay.  So would you say there were about five
16 additional storms?
17     A.    Severe storms.
18     Q.    There were about five additional severe storms;
19 is that correct?
20     A.    Yes, since we've -- are you talking about since
21 the initial claim being filed?
22     Q.    Yes.
23     A.    I'd say that's a fair number.
24     Q.    Okay.  All right.  Well, since we're talking
25 about repairs, would you please describe all the work

Anayo Onyi
May 06, 2022

**Page 75**

```
 1      I, ANAYO ONYI, have read the foregoing deposition
 2 and hereby affix my signature that same is true and
 3 correct, except as noted above.
 4
 5                                  _____
 6                                  ANAYO ONYI
 7
 8 THE STATE OF _____)
 9 COUNTY OF _____)
10
11      Before me, _____, on this day
12 personally appeared ANAYO ONYI, known to me or proved to
13 me on the oath of _____ or through
14 _____ (description of identity card
15 or other document) to be the person whose name is
16 subscribed to the foregoing instrument and acknowledged
17 to me that he/she executed the same for the purpose and
18 consideration therein expressed.
19      Given under my hand and seal of office on this _____
20 day of _____, _____.
21
22                                  _____
23                                  NOTARY PUBLIC IN AND FOR
24                                  THE STATE OF _____
25 My Commission Expires: _____
```



GPS LLC
gpscalendar@gps.llc ~ 214.347.4781

Case 6:21-cv-00322-JCB Document 29-4 Filed 08/08/22 Page 13 of 15 PageID #: 305

Anayo Onyi
May 06, 2022

Page 76

```
 1
 2
 3
 4
 5
 6
 7
 8      I declare under penalty of perjury that the
 9  foregoing is true and correct.
10
11                         _____
12                         ANAYO ONYI
13
14
15      SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned
16  authority, by the witness, ANAYO ONYI, on this the _____
17  day of _____, _____.
18
19                         _____
20                         NOTARY PUBLIC IN AND FOR
21                         THE STATE OF _____
22
23  My Commission Expires: _____
24
25
```



**GPS LLC**
gpscalendar@gps.llc ~ 214.347.4781

Appx. p. 79

Page 77

1         REPORTER'S CERTIFICATE

2     ORAL VIDEOTAPED ZOOM DEPOSITION OF ANAYO ONYI

3                  May 6, 2022

4

5     I, the undersigned Certified Shorthand Reporter in
6  and for the State of Texas, certify that the facts
7  stated in the foregoing pages are true and correct.
8     I further certify that I am neither attorney or
9  counsel for, related to, nor employed by any parties to
10 the action in which this testimony is taken and,
11 further, that I am not a relative or employee of any
12 counsel employed by the parties hereto or financially
13 interested in the action.
14    SUBSCRIBED AND SWORN TO under my hand and seal of
15 office on this the _____ day of _____,
16 _____.

17

18

19

20 _____

21        Debra K. Zebert, BS, RPR, CSR
           RPR No. 839015
22         Expiration: 12/31/22

23

24

25



GPS LLC
gpscalendar@gps.llc ~ 214.347.4781

Appx. p. 80

```
 1            FURTHER CERTIFICATION UNDER RULE 203 TRCP

 2

 3       The original deposition [ ]was [ ]was not returned

 4  to the deposition officer on _____;

 5       If returned, the attached Changes and Signature page

 6  contains any changes and the reasons therefor;

 7       If returned, the original deposition was delivered to

 8  _____, Custodial Attorney;

 9       That $ _____ is the deposition officer's

10  charges for preparing the original deposition transcript

11  and any copies of exhibits;

12       That the deposition was delivered in accordance with

13  Rule 203.3 and that a copy of this certificate was served

14  on all parties shown herein and filed with the Clerk.

15       Certified to by me this _____ day of

16  _____, 2020.

17

18

19                       _____
                         Court Reporter
20                       CSR#:
                         Expiration Date:
21                       GOUCHER PARKER SPIVEY, LLC
                         Texas Registration CRF-11446
22                       9243 Dove Meadow Drive
                         Dallas, Texas  75243
23                       214.347.4781

24

25
```



GPS LLC
gpscalendar@gps.llc ~ 214.347.4781