IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-cv-00322-JCB |
| | § § | |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT CHURCH MUTUAL INSURANCE COMPANY'S MOTION TO EXCLUDE OPINION OF JAMES MAXWELL JUDGE

Before the Court is Defendant Church Mutual Insurance Company's ("Defendant") Motion to Exclude Opinion of James Maxwell Judge. After considering the Motion, any responses and replies, the applicable law, and the pleadings and competent evidence on file, the Court deems the Motion to have merit and finds that it should be in all things GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Defendant Church Mutual Insurance Company's Motion to Exclude Testimony of James Maxwell Judge is GRANTED in its entirety.

SIGNED this ____ day of _____, 2022.

_____
JUDGE PRESIDING

4863-1417-9885v1