# EXHIBIT 2

Plaintiff's App. 012

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | CIVIL ACTION NO. 6:21-cv-00322-JCB |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § § | |
| *Defendant*. | § | |

**UNSWORN DECLARATION OF JAMES MAXWELL JUDGE**

1.  My name is James Maxwell Judge and I am of sound mind and capable of making this Declaration. I hereby state under penalty of perjury under the law of the United States of America the following facts, which are within my personal knowledge, are true and correct.

2.  My attached current curriculum vitae is sets forth in detail my industry experience and formal education.

3.  If necessary, I will testify at trial to the matters set forth in the attached report.

Dated: August 22, 2022

*James Maxwell Judge*
―――――――――――
James Maxwell Judge

# James Maxwell Judge
17176 FM 156 South STE A105
Justin TX, 76247
PHONE 817-999-8433
EMAIL: jmjudgellc@gmail.com

**AREA OF EXPERTISE:** Mr. Judge has over 40 years' experience in water, hail, fire and wind damage restoration of structures. His areas of expertise are reconstruction estimating, claim documentation, Mediation and insurance loss umpire/ appraisals.

**SERVICES:** 3D 4k walk through imaging creation, problem building investigations, thermography, reconstruction estimates, floor plan creation, expert witness and loss umpire/appraisal.

**EDUCATION:** I started going to Tarrant County Junior College in 1974 taking classes in Architecture. I have a little over 60 credit hours in Architecture.
I am certified as a Mediator from UT Arlington. (2 yrs. of night courses, not just a 40 hr. basic class)

Texas All-Lines Adjusting Certification, 2019

**CERTIFACATIONS:** All Lines TX Adjuster Certification, Xactimate X1 (including sketch). Scoping. Roof Diagramming. Estimating. Basic Computer Skills. Steep & Complex Roof Estimation. Insurance Appraisal Process as both an Appraiser and Umpire Texas Mediator Credentialing Association CCM, Texas Association of Mediators Candidate for Membership, Texas Department of Insurance / Texas Windstorm Insurance Assoc. Roster Mediator & Umpire, Haag Engineering Hail Damage Assessment wood & asphalt steep slope roofing. Wind Storm Property Insurance Umpire Certification 2011, Tile Roofing Institute events@regonline.com, OSHA 10 Insurance Appraiser and Umpire Association IAUA@wildapricot.org

**PROFESSIONAL AFFILATIONS:** IAUAM Member, Participant and Presenter at FPCC, TAPIA, NAPIA. Claimside Member, Claimwizard Member and 1st of 30 companies to bring Matterport 3D imaging to the field of Insurance.

**PROFESSIONAL EXPERIENCE:**

General Manager and Sales Manager for Building Material Supply Co's. 1973-1994

Current Owner/ Operator, Tide Roofing and Construction. 1994 to present. Provide scope of work, coordination of crews, product ordering, and reconstruction estimates for direct physical damage caused by hail, flood, wind, fire or collapse

Current Owner, J M Judge & Associates, LLC. 2016 to present. Problem building investigations, expert witness, claim documentation, content itemization, recreation of floor plans, scope of work and reconstruction estimates for direct physical damage caused by hail, flood, wind, fire or collapse.