### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | CIVIL ACTION NO. 6:21-cv-00322-JCB |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § § | |
| *Defendant*. | | |

## ORDER

ON THIS DAY came to be heard Defendant's Church Mutual Insurance Company's Motion to Exclude Opinions of James Maxwell Judge. After considering Defendant's Motion and the applicable law, the Court finds that Defendant's Motion should and is hereby **DENIED**.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Church Mutual Insurance Company's Motion to Exclude Opinions of James Maxwell Judge is hereby **DENIED**.