# Exhibit 5



Case 4:21-cv-00390-ALM   Document 33-2   Filed 03/14/22   Page 60 of 113 PageID #: 558

Appx. p. 83



| | |
|---|---|
| **From:** | mckenzie@mikeleonardagency.com |
| **To:** | gary |
| **Subject:** | FW: Re: |
| **Date:** | Wednesday, June 20, 2018 3:18:47 PM |

BIG HAIL!

McKenzie Motley
Mike Leonard Insurance
1930 E Rosemeade Suite 215
Carrollton, TX 75007
Ph: 972-394-2000 x 3
Fx: 877-815-2111

**From:** tim scotch <tascotch@hotmail.com>
**Sent:** Wednesday, June 06, 2018 9:47 AM
**To:** mckenzie@mikeleonardagency.com
**Subject:** Re:

I would have hated this to hit the house or the car

On Jun 6, 2018 9:40 AM, mckenzie@mikeleonardagency.com wrote:

> McKenzie Motley
>
> Mike Leonard Insurance
>
> 1930 E Rosemeade Suite 215
>
> Carrollton, TX 75007
>
> Ph: 972-394-2000 x 3
>
> Fx: 877-815-2111





**43**

Weather Verification Services

*DATES IN THE ORANGE BOX WERE NOT INCLUDED IN THE CORELOGIC REPORT THAT WAS GENERATED ON JUNE 20, 2018.*

# Hail Verification Report

| | |
|---|---|
| Claim or Reference # | 17-653 |
| Insured/Property Owner | The Carling at Frankford |
| Address | 1811 E Frankford Rd<br>Carrollton, TX |
| Coordinates | Latitude 33.00037, Longitude -96.889954 |
| Date Range | Jan 01, 2006 to Feb 21, 2017 |
| Report Generated | February 22nd, 2017 at 15:07:44 UTC |

## Storm Events

| | Estimated Maximum Hail Size | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 Mile | Within 3 Miles | Within 10 Miles |
| Apr 29, 2016 | — | — | 1" | 1" |
| Mar 23, 2016 | 0.8" | 0.9" | 1.6" | 1.7" |
| Mar 8, 2016 | 0.75" | 0.75" | 0.8" | 0.8" |
| May 28, 2015 | — | — | 0.8" | 0.9" |
| May 25, 2015 | 0.75" | 0.8" | 0.9" | 0.9" |
| May 7, 2015 | 1.3" | 1.3" | 1.3" | 1.3" |
| Oct 5, 2014 | — | 0.75" | 0.75" | 1" |
| May 12, 2014 | — | — | 1" | 1" |
| Mar 15, 2014 | — | — | 0.8" | 0.8" |
| Jan 29, 2013 | — | — | 0.8" | 0.8" |
| Jun 13, 2012 | — | — | 0.8" | 2.7" |
| Jun 6, 2012 | — | — | 1" | 1.2" |
| May 30, 2012 | 0.8" | 1" | 1" | 1" |
| May 11, 2012 | — | — | 0.9" | 0.9" |
| Apr 3, 2012 | 1" | 1" | 1.5" | 2.8" |
| Sep 18, 2011 | — | — | 0.75" | 1.2" |

Appx. p. 87



**44**

Weather Verification Services

# Hail Verification Report

| Claim or Reference # | 17-653 |
|---|---|
| Insured/Property Owner | The Carling at Frankford |
| Address | 1811 Frankford Rd E<br>Carrollton, TX 75007 |
| Coordinates | Latitude 33.000371, Longitude -96.889952 |
| Date Range | Jan 01, 2009 to Jun 19, 2018 |
| Report Generated | June 20th, 2018 at 12:22:30 UTC |

## Storm Events

| | Estimated Maximum Hail Size | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 mi / 1.61 km | Within 3 mi / 4.83 km | Within 10 mi / 16.09 km |
| Jun 5, 2018 | 2.4 in / 6.1 cm | 2.8 in / 7.11 cm | 3.1 in / 7.87 cm | 3.2 in / 8.13 cm |
| Jan 21, 2018 | -- | -- | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm |
| Apr 21, 2017 | -- | -- | 1.6 in / 4.06 cm | 2 in / 5.08 cm |
| Mar 23, 2016 | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm | 1.4 in / 3.56 cm | 1.7 in / 4.32 cm |
| Jun 13, 2012 | -- | -- | 1.4 in / 3.56 cm | 2 in / 5.08 cm |
| May 30, 2012 | -- | -- | 0.75 in / 1.91 cm | 0.75 in / 1.91 cm |
| Apr 3, 2012 | 1.1 in / 2.79 cm | 1.3 in / 3.3 cm | 1.6 in / 4.06 cm | 2.7 in / 6.86 cm |
| May 24, 2011 | -- | -- | 0.9 in / 2.29 cm | 2.8 in / 7.11 cm |
| May 23, 2011 | -- | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm |
| May 20, 2011 | -- | 0.75 in / 1.91 cm | 1.1 in / 2.79 cm | 1.1 in / 2.79 cm |
| May 1, 2011 | -- | -- | 0.8 in / 2.03 cm | 1 in / 2.54 cm |
| Apr 24, 2011 | -- | -- | 0.8 in / 2.03 cm | 1.5 in / 3.81 cm |
| Apr 19, 2011 | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm | 1 in / 2.54 cm | 1.5 in / 3.81 cm |
| Apr 14, 2011 | 0.9 in / 2.29 cm | 1 in / 2.54 cm | 1.1 in / 2.79 cm | 1.1 in / 2.79 cm |
| Apr 3, 2011 | 0.75 in / 1.91 cm | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm | 0.9 in / 2.29 cm |
| Mar 10, 2010 | 0.75 in / 1.91 cm | 0.8 in / 2.03 cm | 0.8 in / 2.03 cm | 1.4 in / 3.56 cm |

Appx. p. 88



Home | Contact Us | About NCEI | Help

NCEI > Storm Events Database (Select State) > (Select Date/County/Event)

### Storm Events Database

**Data Access**
- Search
- Bulk Data Download (CSV)
- Storm Data Publication

**Documentation**
- Database Details
- Version History
- Storm Data FAQ
- NOAA's NWS Documentation
- Tornado EF Scale

**External Resources**
- NOAA's SPC Reports
- NOAA's SPC WCM Page
- NOAA's NWS Damage Assessment Toolkit
- NOAA's Tsunami Database
- ESRI/FEMA Civil Air Patrol Images
- SHELDUS
- USDA Cause of Loss Data

**Data Export:** (current results)



CSV Download / Documentation

## Storm Events Database

### Search Results for Dallas County, Texas

**All Available Event Types**

Due to changes in the methods used by the NWS to spatially locate Waterspouts, please query by state (FL, TX, VA, etc) for Jan 1996 through Sep 2001. Beginning October 2001, please query by Marine Zone (N. Atlantic, S Atlantic, Gulf of Mexico, S Pacific, N. Pacific, Alaskan Waters, Hawaiian Waters, Great Lakes, etc) using the drop-down box for "State/Area".

**Dallas county contains the following zones:**
'Dallas'

254 events were reported between 01/01/2013 and 01/28/2018 (1854 days)

### Summary Info:

| | |
|---|---|
| Number of County/Zone areas affected: | 2 |
| Number of Days with Event: | 106 |
| Number of Days with Event and Death: | 12 |
| Number of Days with Event and Death or Injury: | 14 |
| Number of Days with Event and Property Damage: | 52 |
| Number of Days with Event and Crop Damage: | 22 |
| Number of Event Types reported: | 17 |

FLORENCE HILL MAY 12, 2014 HAIL DATE IS MARKED IN YELLOW

### Column Definitions:

'Mag': Magnitude, 'Dth': Deaths, 'Inj': Injuries, 'PrD': Property Damage, 'CrD': Crop Damage

Click on **Location** below to display details.
Available Event Types have changed over time. Please refer to the Database Details for more information.

Select: All Hail | All Tornadoes | All Wind Speeds | Sort By: Date/Time (Oldest)

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals: | | | | | | | | 23 | 477 | 69.208M | 56.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 01/01/2013 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 1.00K |
| ALPHA | DALLAS CO. | TX | 02/10/2013 | 03:18 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 3.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 02/10/2013 | 03:20 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 5.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 02/10/2013 | 03:20 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| UNIVERSITY PARK | DALLAS CO. | TX | 02/10/2013 | 03:22 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 5.00K | 0.00K |
| SACHSE | DALLAS CO. | TX | 02/10/2013 | 04:00 | CST-6 | Lightning | | 0 | 0 | 250.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 03/09/2013 | 21:50 | CST-6 | Hail | 1.25 in. | 0 | 0 | 3.00K | 0.00K |
| MEADERS | DALLAS CO. | TX | 03/09/2013 | 22:03 | CST-6 | Hail | 1.25 in. | 0 | 0 | 3.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 03/23/2013 | 06:55 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |

Appx. p. 89

| Location | County | State | Date | Time | Zone | Event | Magnitude | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DESOTO | DALLAS CO. | TX | 03/23/2013 | 07:03 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| SEAGOVILLE | DALLAS CO. | TX | 03/23/2013 | 07:15 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 04/01/2013 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 2.00K |
| IRVING | DALLAS CO. | TX | 04/10/2013 | 10:57 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 05/17/2013 | 12:10 | CST-6 | Excessive Heat | | 1 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 05/21/2013 | 13:40 | CST-6 | Thunderstorm Wind | 50 kts. MS | 0 | 0 | 10.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 05/21/2013 | 13:43 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 30.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 06/25/2013 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 2.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 07/01/2013 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 2.00K |
| FLORENCE HILL | DALLAS CO. | TX | 07/17/2013 | 17:30 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 4.00K | 0.00K |
| LIGGETT | DALLAS CO. | TX | 07/20/2013 | 17:00 | CST-6 | Lightning | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 08/01/2013 | 00:00 | CST-6 | Drought | | 0 | 0 | 5.00K | 5.00K |
| GARLAND | DALLAS CO. | TX | 08/13/2013 | 18:08 | CST-6 | Thunderstorm Wind | 43 kts. EG | 0 | 0 | 3.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 08/13/2013 | 18:09 | CST-6 | Thunderstorm Wind | 43 kts. EG | 0 | 0 | 3.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 09/01/2013 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 4.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 12/05/2013 | 16:25 | CST-6 | Winter Storm | | 0 | 0 | 2.000M | 0.00K |
| OAK CLIFF | DALLAS CO. | TX | 12/21/2013 | 03:18 | CST-6 | Heavy Rain | | 0 | 0 | 13.00K | 0.00K |
| ARCADIA PARK | DALLAS CO. | TX | 12/21/2013 | 04:40 | CST-6 | Heavy Rain | | 0 | 0 | 13.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 02/10/2014 | 20:30 | CST-6 | Winter Weather | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 02/25/2014 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 1.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/01/2014 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 4.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 04/01/2014 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 3.00K |
| GRAND PRAIRIE | DALLAS CO. | TX | 04/27/2014 | 07:45 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DALLAS | DALLAS CO. | TX | 04/27/2014 | 08:23 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 05/01/2014 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 3.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 05/08/2014 | 07:40 | CST-6 | Heavy Rain | | 0 | 0 | 0.00K | 0.00K |
| ARCADIA PARK | DALLAS CO. | TX | 05/08/2014 | 14:15 | CST-6 | Tornado | EF0 | 0 | 0 | 80.00K | 0.00K |
| EAGLE FORD | DALLAS CO. | TX | 05/08/2014 | 14:18 | CST-6 | Thunderstorm Wind | 78 kts. EG | 0 | 0 | 80.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 05/08/2014 | 14:20 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 50.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 05/08/2014 | 14:20 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |

Appx. p. 90

| Location | County | State | Date | Time | Zone | Event | Magnitude | Deaths | Injuries | Property Damage | Crop Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 05/08/2014 | 14:28 | CST-6 | Thunderstorm Wind | 61 kts. MG | 0 | 0 | 50.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 05/08/2014 | 14:33 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 60.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 05/08/2014 | 14:37 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 60.00K | 0.00K |
| SAYENE | DALLAS CO. | TX | 05/08/2014 | 14:50 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 30.00K | 0.00K |
| LAKEVIEW | DALLAS CO. | TX | 05/08/2014 | 15:19 | CST-6 | Flash Flood | | 0 | 0 | 25.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 05/12/2014 | 14:49 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 05/12/2014 | 15:02 | CST-6 | Hail | 1.75 in. | 0 | 0 | 15.00K | 0.00K |
| (DFW)DALLAS-FT WORTH | DALLAS CO. | TX | 05/25/2014 | 14:25 | CST-6 | Thunderstorm Wind | 50 kts. MG | 0 | 0 | 4.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 06/01/2014 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 2.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 07/01/2014 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 3.00K |
| (RBD)REDBIRD ARPT DA | DALLAS CO. | TX | 07/14/2014 | 15:49 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 40.00K | 0.00K |
| SEAGOVILLE | DALLAS CO. | TX | 07/14/2014 | 17:32 | CST-6 | Thunderstorm Wind | 56 kts. MG | 0 | 0 | 5.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 08/01/2014 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 1.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 08/16/2014 | 15:00 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 0.50K | 0.00K |
| UNIVERSITY PARK | DALLAS CO. | TX | 08/16/2014 | 15:05 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 2.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 09/01/2014 | 00:00 | CST-6 | Drought | | 0 | 0 | 5.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 10/01/2014 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 5.00K |
| UNIVERSITY PARK | DALLAS CO. | TX | 10/02/2014 | 15:20 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| LAKEVIEW | DALLAS CO. | TX | 10/02/2014 | 15:20 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 10.00K | 0.00K |
| LAKEVIEW | DALLAS CO. | TX | 10/02/2014 | 15:20 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 5.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 10/02/2014 | 15:22 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 0.00K | 0.00K |
| OAK CLIFF | DALLAS CO. | TX | 10/02/2014 | 15:25 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 5.00K | 0.00K |
| (RBD)REDBIRD ARPT DA | DALLAS CO. | TX | 10/02/2014 | 15:28 | CST-6 | Thunderstorm Wind | 57 kts. MG | 0 | 0 | 0.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 10/02/2014 | 15:34 | CST-6 | Thunderstorm Wind | 58 kts. MG | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 10/02/2014 | 15:35 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 5.00K | 0.00K |
| ALPHA | DALLAS CO. | TX | 10/06/2014 | 03:54 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| ALPHA | DALLAS CO. | TX | 10/06/2014 | 03:57 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| SACHSE | DALLAS CO. | TX | 10/06/2014 | 04:00 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| SACHSE | DALLAS CO. | TX | 10/06/2014 | 04:05 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| SACHSE | DALLAS CO. | TX | 10/06/2014 | 04:05 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROWLETT | DALLAS CO. | TX | 10/06/2014 | 04:44 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| SACHSE | DALLAS CO. | TX | 10/13/2014 | 01:40 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 5.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 10/13/2014 | 01:50 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 1.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 11/01/2014 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 2.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 12/01/2014 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 6.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 01/01/2015 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 2.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 02/01/2015 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 2.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 02/22/2015 | 18:30 | CST-6 | Winter Storm | | 0 | 0 | 25.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/01/2015 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 3.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/04/2015 | 19:00 | CST-6 | Sleet | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/04/2015 | 19:00 | CST-6 | Sleet | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/04/2015 | 23:45 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/04/2015 | 23:55 | CST-6 | Winter Weather | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 00:00 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 00:01 | CST-6 | Winter Weather | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 00:01 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 00:15 | CST-6 | Winter Weather | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 00:38 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 00:49 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 00:56 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 00:57 | CST-6 | Sleet | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 01:06 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 01:14 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 01:31 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 02:16 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 03:17 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 03:17 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 04:15 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 04:27 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 08:01 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/05/2015 | 10:00 | CST-6 | Heavy Snow | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 04/01/2015 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 1.00K |
| CEDAR HILL | DALLAS CO. | TX | 04/18/2015 | 19:00 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 10.00K | 0.00K |
| TRINITY MILLS | DALLAS CO. | TX | 04/18/2015 | 19:30 | CST-6 | Lightning | | 0 | 0 | 10.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 05/10/2015 | 10:00 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 05/10/2015 | 10:03 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 05/10/2015 | 10:14 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ROSE HILL | DALLAS CO. | TX | 05/10/2015 | 10:14 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 05/17/2015 | 03:30 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 05/24/2015 | 01:30 | CST-6 | Thunderstorm Wind | 43 kts. EG | 0 | 0 | 1.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 05/24/2015 | 01:34 | CST-6 | Tornado | EF1 | 0 | 0 | 100.00K | 0.00K |
| GRIBBLE | DALLAS CO. | TX | 05/24/2015 | 01:34 | CST-6 | Tornado | EF1 | 0 | 0 | 600.00K | 0.00K |
| (DFW)DALLAS-FT WORTH | DALLAS CO. | TX | 05/24/2015 | 01:44 | CST-6 | Flood | | 0 | 0 | 36.000M | 0.00K |
| SOWERS | DALLAS CO. | TX | 05/24/2015 | 02:18 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 05/24/2015 | 04:45 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| DESOTO | DALLAS CO. | TX | 05/24/2015 | 15:00 | CST-6 | Heavy Rain | | 1 | 0 | 0.00K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 05/25/2015 | 14:21 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| GRAND PRAIRIE ARPT | DALLAS CO. | TX | 05/26/2015 | 20:05 | CST-6 | Thunderstorm Wind | 48 kts. EG | 0 | 0 | 2.00K | 0.00K |
| GRAND PRAIRIE ARPT | DALLAS CO. | TX | 05/26/2015 | 20:10 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| LIGGETT | DALLAS CO. | TX | 05/26/2015 | 20:30 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 05/26/2015 | 20:30 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| GRAND PRAIRIE ARPT | DALLAS CO. | TX | 05/26/2015 | 20:37 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| COCKRELL HILL | DALLAS CO. | TX | 05/29/2015 | 00:42 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| ARCADIA PARK | DALLAS CO. | TX | 05/29/2015 | 00:44 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| EAGLE FORD | DALLAS CO. | TX | 05/29/2015 | 01:00 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| GRIBBLE | DALLAS CO. | TX | 05/29/2015 | 01:20 | CST-6 | Flash Flood | | 0 | 0 | 1.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 05/29/2015 | 01:25 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 05/29/2015 | 02:06 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| NEW HOPE | DALLAS CO. | TX | 05/29/2015 | 02:09 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| SHADY GROVE | DALLAS CO. | TX | 05/29/2015 | 02:22 | CST-6 | Flash Flood | | 0 | 0 | 25.00K | 0.00K |

| Location | County | State | Date | Time | Zone | Type | Magnitude | Deaths | Injuries | Property | Crops |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REINHARDT | DALLAS CO. | TX | 05/29/2015 | 02:22 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| GRIBBLE | DALLAS CO. | TX | 05/29/2015 | 02:30 | CST-6 | Flash Flood | | 1 | 0 | 125.00K | 0.00K |
| NEW HOPE | DALLAS CO. | TX | 05/29/2015 | 02:50 | CST-6 | Flash Flood | | 1 | 0 | 90.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 05/29/2015 | 03:20 | CST-6 | Flash Flood | | 0 | 0 | 20.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 05/29/2015 | 03:24 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| SACHSE | DALLAS CO. | TX | 05/29/2015 | 07:50 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| HENSLEY FLD ARPT | DALLAS CO. | TX | 05/29/2015 | 07:59 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| HENSLEY FLD ARPT | DALLAS CO. | TX | 05/29/2015 | 08:15 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 05/29/2015 | 08:45 | CST-6 | Flood | | 0 | 0 | 0.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 05/30/2015 | 06:38 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| SACHSE | DALLAS CO. | TX | 05/30/2015 | 06:38 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 05/30/2015 | 07:30 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| UNIVERSITY PARK | DALLAS CO. | TX | 06/09/2015 | 15:16 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 20.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 06/09/2015 | 15:18 | CST-6 | Thunderstorm Wind | 59 kts. MG | 0 | 0 | 20.00K | 0.00K |
| MEADERS | DALLAS CO. | TX | 06/09/2015 | 15:20 | CST-6 | Lightning | | 0 | 0 | 10.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 06/09/2015 | 15:21 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 10.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 06/09/2015 | 15:22 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 10.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 06/09/2015 | 15:29 | CST-6 | Flash Flood | | 0 | 0 | 30.00K | 0.00K |
| GRAND PRAIRIE ARPT | DALLAS CO. | TX | 06/13/2015 | 18:30 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.50K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 06/21/2015 | 14:00 | CST-6 | Lightning | | 0 | 0 | 500.00K | 0.00K |
| LAWSON | DALLAS CO. | TX | 06/30/2015 | 03:00 | CST-6 | Lightning | | 0 | 0 | 10.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 07/18/2015 | 16:00 | CST-6 | Excessive Heat | | 1 | 0 | 0.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 08/24/2015 | 15:40 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 08/24/2015 | 15:40 | CST-6 | Thunderstorm Wind | 43 kts. EG | 0 | 0 | 2.00K | 0.00K |
| ROSE HILL | DALLAS CO. | TX | 08/24/2015 | 15:45 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 08/25/2015 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 09/01/2015 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 1.00K |
| LIGGETT | DALLAS CO. | TX | 09/09/2015 | 03:55 | CST-6 | Lightning | | 0 | 0 | 100.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 10/01/2015 | 00:00 | CST-6 | Drought | | 0 | 0 | 2.00K | 0.00K |
| FRUITDALE | DALLAS CO. | TX | 10/23/2015 | 11:00 | CST-6 | Flash Flood | | 0 | 0 | 100.00K | 0.00K |

| Location | County | State | Date | Time | Zone | Type | Magnitude | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HUTCHINS | DALLAS CO. | TX | 10/23/2015 | 12:00 | CST-6 | Lightning | | 0 | 0 | 50.00K | 0.00K |
| UNION BOWER | DALLAS CO. | TX | 10/30/2015 | 21:16 | CST-6 | Flash Flood | | 0 | 0 | 1.00K | 0.00K |
| DALLAS | DALLAS CO. | TX | 10/30/2015 | 22:30 | CST-6 | Flash Flood | | 0 | 0 | 1.00K | 0.00K |
| COCKRELL HILL | DALLAS CO. | TX | 10/30/2015 | 22:45 | CST-6 | Flash Flood | | 0 | 0 | 2.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 10/31/2015 | 00:05 | CST-6 | Flash Flood | | 0 | 0 | 1.00K | 0.00K |
| EAST DALLAS | DALLAS CO. | TX | 10/31/2015 | 00:16 | CST-6 | Flash Flood | | 0 | 0 | 10.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 11/17/2015 | 04:00 | CST-6 | Thunderstorm Wind | 48 kts. EG | 0 | 0 | 2.00K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 11/17/2015 | 04:20 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 7.00K | 0.00K |
| PEELER | DALLAS CO. | TX | 11/17/2015 | 04:25 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 12.00K | 0.00K |
| COPPELL | DALLAS CO. | TX | 11/27/2015 | 01:20 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| COPPELL | DALLAS CO. | TX | 11/27/2015 | 03:30 | CST-6 | Flood | | 1 | 0 | 50.00K | 0.00K |
| DALLAS-FT WORTH INTL | DALLAS CO. | TX | 12/13/2015 | 02:08 | CST-6 | Thunderstorm Wind | 52 kts. MG | 0 | 0 | 2.00K | 0.00K |
| (RBD)REDBIRD ARPT DA | DALLAS CO. | TX | 12/13/2015 | 03:00 | CST-6 | Thunderstorm Wind | 43 kts. EG | 0 | 0 | 2.00K | 0.00K |
| DE SOTO CARROLL ARPT | DALLAS CO. | TX | 12/26/2015 | 18:10 | CST-6 | Tornado | EF3 | 0 | 0 | 1.370M | 0.00K |
| NEW HOPE | DALLAS CO. | TX | 12/26/2015 | 18:46 | CST-6 | Tornado | EF4 | 10 | 468 | 26.000M | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 12/26/2015 | 19:57 | CST-6 | Flash Flood | | 0 | 0 | 50.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 02/08/2016 | 14:00 | CST-6 | Wildfire | | 0 | 0 | 65.00K | 0.00K |
| RENNER | DALLAS CO. | TX | 03/08/2016 | 09:04 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 5.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 03/08/2016 | 09:05 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 1 | 10.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 03/17/2016 | 07:10 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| CARROLLTON | DALLAS CO. | TX | 03/23/2016 | 21:00 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 0.00K | 0.00K |
| COPPELL | DALLAS CO. | TX | 03/23/2016 | 21:05 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 03/23/2016 | 21:40 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 03/23/2016 | 21:55 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| DALLAS | DALLAS CO. | TX | 03/30/2016 | 17:15 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 8.00K | 0.00K |
| SACHSE | DALLAS CO. | TX | 04/11/2016 | 17:05 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 6.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 04/26/2016 | 22:04 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| CARROLLTON | DALLAS CO. | TX | 05/11/2016 | 22:30 | CST-6 | Lightning | | 0 | 0 | 100.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 06/15/2016 | 14:00 | CST-6 | Heat | | 0 | 1 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 06/16/2016 | 13:00 | CST-6 | Heat | | 1 | 0 | 0.00K | 0.00K |

Appx. p. 95

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 06/16/2016 | 20:00 | CST-6 | Heat | | 0 | 7 | 0.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 06/27/2016 | 17:15 | CST-6 | Thunderstorm Wind | 43 kts. EG | 0 | 0 | 50.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 06/27/2016 | 17:24 | CST-6 | Thunderstorm Wind | 43 kts. EG | 0 | 0 | 5.00K | 0.00K |
| (ADS)ADDISON ARPT DA | DALLAS CO. | TX | 07/04/2016 | 04:47 | CST-6 | Thunderstorm Wind | 56 kts. MG | 0 | 0 | 0.00K | 0.00K |
| (DFW)DALLAS-FT WORTH | DALLAS CO. | TX | 07/04/2016 | 23:45 | CST-6 | Thunderstorm Wind | 52 kts. MG | 0 | 0 | 0.00K | 0.00K |
| LIGGETT | DALLAS CO. | TX | 07/04/2016 | 23:50 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 2.00K | 0.00K |
| ROSE HILL | DALLAS CO. | TX | 07/05/2016 | 00:10 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 2.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 07/05/2016 | 00:10 | CST-6 | Thunderstorm Wind | 54 kts. MG | 0 | 0 | 0.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 07/05/2016 | 01:30 | CST-6 | Flood | | 1 | 0 | 15.00K | 0.00K |
| MEADERS | DALLAS CO. | TX | 07/09/2016 | 15:33 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| COPPELL | DALLAS CO. | TX | 07/09/2016 | 15:36 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 07/18/2016 | 16:00 | CST-6 | Heat | | 1 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 07/24/2016 | 14:00 | CST-6 | Heat | | 1 | 0 | 0.00K | 0.00K |
| IRVING | DALLAS CO. | TX | 08/12/2016 | 15:06 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 10.00K | 0.00K |
| IRVING | DALLAS CO. | TX | 08/12/2016 | 15:07 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 5.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 08/12/2016 | 16:15 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 3.00K | 0.00K |
| SACHSE | DALLAS CO. | TX | 08/12/2016 | 16:30 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| SOWERS | DALLAS CO. | TX | 08/19/2016 | 17:00 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| GRIBBLE | DALLAS CO. | TX | 09/26/2016 | 07:15 | CST-6 | Flood | | 0 | 0 | 0.00K | 0.00K |
| COPPELL | DALLAS CO. | TX | 11/07/2016 | 18:52 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 12/19/2016 | 00:00 | CST-6 | Cold/wind Chill | | 1 | 0 | 0.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 01/02/2017 | 05:15 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| ADDISON | DALLAS CO. | TX | 01/02/2017 | 05:35 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 10.00K | 0.00K |
| SEAGOVILLE | DALLAS CO. | TX | 01/02/2017 | 05:50 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 5.00K | 0.00K |
| GRAND PRAIRIE ARPT | DALLAS CO. | TX | 01/15/2017 | 20:43 | CST-6 | Tornado | EF0 | 0 | 0 | 120.00K | 0.00K |
| ADDISON | DALLAS CO. | TX | 01/15/2017 | 21:39 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 0.00K | 0.00K |
| FARMERS BRANCH | DALLAS CO. | TX | 01/15/2017 | 21:40 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 7.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 03/29/2017 | 01:30 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 03/29/2017 | 01:52 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 03/29/2017 | 01:54 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 5.00K | 0.00K |

| Location | County | State | Date | Time | Zone | Type | Magnitude | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PLEASANT VLY | DALLAS CO. | TX | 03/29/2017 | 01:55 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 5.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 03/29/2017 | 01:56 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 1.00K | 0.00K |
| RENNER | DALLAS CO. | TX | 03/29/2017 | 02:00 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 0.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 03/29/2017 | 02:00 | CST-6 | Thunderstorm Wind | 65 kts. EG | 0 | 0 | 5.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 03/29/2017 | 02:00 | CST-6 | Thunderstorm Wind | 70 kts. EG | 0 | 0 | 0.00K | 0.00K |
| GRAND PRAIRIE ARPT | DALLAS CO. | TX | 04/02/2017 | 07:30 | CST-6 | Lightning | | 0 | 0 | 50.00K | 0.00K |
| SOWERS | DALLAS CO. | TX | 04/17/2017 | 14:12 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| SOWERS | DALLAS CO. | TX | 04/17/2017 | 14:22 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| COCKRELL HILL | DALLAS CO. | TX | 04/17/2017 | 14:24 | CST-6 | Flood | | 0 | 0 | 0.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 04/17/2017 | 14:36 | CST-6 | Flood | | 0 | 0 | 0.00K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 04/17/2017 | 14:37 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| (ADS)ADDISON ARPT DA | DALLAS CO. | TX | 04/21/2017 | 22:00 | CST-6 | Hail | 1.75 in. | 0 | 0 | 80.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 04/21/2017 | 22:04 | CST-6 | Hail | 2.00 in. | 0 | 0 | 200.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 04/21/2017 | 22:14 | CST-6 | Hail | 1.00 in. | 0 | 0 | 1.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 04/21/2017 | 22:28 | CST-6 | Hail | 2.00 in. | 0 | 0 | 2.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 04/26/2017 | 04:58 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 04/26/2017 | 04:58 | CST-6 | Hail | 2.00 in. | 0 | 0 | 100.00K | 0.00K |
| DALLAS | DALLAS CO. | TX | 04/26/2017 | 05:01 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 04/26/2017 | 05:02 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| LANCASTER | DALLAS CO. | TX | 04/26/2017 | 05:15 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 06/02/2017 | 16:12 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 06/02/2017 | 16:15 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| NEW HOPE | DALLAS CO. | TX | 06/02/2017 | 16:20 | CST-6 | Hail | 2.50 in. | 0 | 0 | 50.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 06/02/2017 | 16:25 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 07/08/2017 | 15:29 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 08/17/2017 | 06:50 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| BRIGGS | DALLAS CO. | TX | 08/17/2017 | 06:50 | CST-6 | Flash Flood | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 12/01/2017 | 00:00 | CST-6 | Drought | | 0 | 0 | 0.00K | 1.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 12/07/2017 | 09:00 | CST-6 | Winter Weather | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 12/31/2017 | 11:00 | CST-6 | Winter Weather | | 0 | 0 | 10.00K | 0.00K |

Case 6:21-cv-00322-AJB Document 33-1 Filed 08/29/22 Page 18 of 183 PageID #: 603

**54**

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 01/16/2018 | 00:00 | CST-6 | Winter Weather | | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 01/16/2018 | 23:00 | CST-6 | Extreme Cold/wind Chill | | 2 | 0 | 0.00K | 0.00K |
| CARROLLTON | DALLAS CO. | TX | 01/21/2018 | 17:00 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| GRIBBLE | DALLAS CO. | TX | 01/21/2018 | 17:14 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| (DFW)DALLAS-FT WORTH | DALLAS CO. | TX | 01/21/2018 | 17:15 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| Totals: | | | | | | | | 23 | 477 | 69.208M | 56.00K |

Privacy Policy | FOIA | Information Quality | Disclaimer | Contact Us



Appx. p. 98