IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 6:21-CV-00322-JCB |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Before the Court is the Agreed Motion for Extension of Time to Reply to Response to Motion for Summary Judgment. After reviewing and considering the Motion, this Court finds that it should be in all things GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the Agreed Motion for Extension of Time to Reply to Response to Motion for Summary Judgment is GRANTED in its entirety.

4863-1417-9885v1