UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
———
No. 6:21-CV-00322-JCB
———

**Hilltop Church of the Nazarene,**
*Plaintiff,*

v.

**Church Mutual Insurance Company,**
*Defendant.*

———

Before BARKER, *District Judge*

———

**DEFENDANT'S EXHIBIT LIST**

| Judge J. Campbell Barker | PLAINTIFF'S ATTORNEY:<br>G. BRIAN ODOM, LINDSEY P. BRUNING, AND KIRI DEONARINE | DEFENDANT'S ATTORNEY:<br>PRESTON J. DUGAS III AND VINCENT P. CIRCELLI |
|---|---|---|
| TRIAL DATE(S):<br>November 14, 2022 | COURT REPORTER:<br>SUSAN ZIELIE | COURTROOM DEPUTY:<br>NICOLE CADENHEAD |

| EXHIBIT NUMBER | DATE OFFERED | ADMITTED | DESCRIPTION (INCLUDING BATES NUMBER IF APPLICABLE) |
|---|---|---|---|
| 1 | | | Policy No. 0118133-02-696239; CM 00052-325 |
| 2 | | | October 1, 2019 Loss Report; CM 00796-97 |
| 3 | | | Claim Payment Log; CM 00590-91 |
| 4 | | | Photo Report; CM 00802-70 |
| 5 | | | Assignment Notes; CM 00757-60 |
| 6 | | | Leading Edge Claims Service Estimate; CM 00788-95 |
| 7 | | | Statement of Loss; CM 00957 |
| 8 | | | October 14, 2019 Payment Letter; CM 00044 |
| 9 | | | January 7, 2020 email from Premier Adjustment Group advising of retention; CM 00029-30 |
| 10 | | | Premier Adjustment Group Estimate; CM 00473-82 |
| 11 | | | April 16, 2020 EFI Global's Roof Storm Damage Assessment; CM 00346-410 |
| 12 | | | April 30, 2020 Denial Letter; CM 00013-15 |

| EXHIBIT NUMBER | DATE OFFERED | ADMITTED | DESCRIPTION (INCLUDING BATES NUMBER IF APPLICABLE) |
|---|---|---|---|
| 13 | | | Stonewater Roofing Invoice for $350; HILLTOP_000613 |
| 14 | | | Stonewater Roofing Invoice for $1500.00; HILLTOP_000500 |
| 15 | | | Stonewater Roofing Estimate; HILLTOP_000549-52 |
| 16 | | | Stonewater Roofing Contract; HILLTOP_000510-12 |
| 17 | | | Insurance Adjusters Group LLC Photos; HILLTOP_000012-71 |
| 18 | | | CoreLogic Report; CM 00361 |
| 19 | | | Daniel Hillner CV; EXHIBIT A-2 to Defendant's Rule 26(a)(2) Initial Expert Disclosures |
| 20 | | | Photos of the property taken by Daniel Hillner; CM 00364-CM 00410 |
| 21 | | | Plaintiff's First Amended Complaint |
| 22 | | | *Ford v. Great Am. Assurance Co. & Stephen Christopher Wade*, No. W-15-CV-088, 2015 WL 11004910 (W.D. Tex. July 14, 2015); Exhibit 2 to James Maxwell Judge's Deposition |
| 23 | | | StormIntel Hail History Report dated 5/25/2022; Exhibit 3 to James Maxwell Judge's Deposition |
| 24 | | | Cavalry Estimate; Exhibit 10 to Michael Scarlett's Deposition |
| 25 | | | Hilltop's 542A Notice; CM 00562-63 |
| 26 | | | Hilltop's DTPA Notice and Demand Letter; CM 00564-65 |
| 27 | | | Church Mutual's Election of Liability Letter; CM 00548-49 |
| 28 | | | October 26, 2020 Letter; CM 00046 |
| 29 | | | October 29, 2020 Letter; CM 00038 |
| 30 | | | April 13, 2020 Letter; CM 00037 |
| 31 | | | September 12, 2019 Letter; CM 00036 |
| 32 | | | March 20, 2020 Letter; CM 00034 |
| 33 | | | September 17, 2020 Letter of Representation; CM 00005 |
| 34 | | | March 6, 2020 Letter; CM 00001 |
| 35 | | | Claim Notes; CM 00573-89 |

Defendant Church Mutual Insurance Company ("Church Mutual") expressly reserves (and does not waive) its option to refrain from introducing and/or using any of the above-listed exhibits at trial. Church Mutual further reserves the right to introduce

and/or use additional exhibits for demonstrative or illustrative purposes, as well as for purposes of rebuttal, impeachment, or completeness.

Respectfully submitted,

ZELLE LLP

By: ___/s/ Lindsey P. Bruning_____
  G. Brian Odom
  State Bar No. 50511840
  bodom@zellelaw.com
  Lindsey P. Bruning
  State Bar No. 24064967
  lbruning@zellelaw.com
  Kiri D. Deonarine
  State Bar No. 24105298
  kdeonarine@zellelaw.com

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:        214-742-3000
Facsimile:        214-760-8994

**ATTORNEYS FOR DEFENDANT CHURCH MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on this 6th day of September, 2022:

| | |
|---|---|
| Preston J. Dugas III<br>State Bar No. 24050189<br>pdugas@dcclawfirm.com<br>Vincent P. Circelli<br>State Bar No. 24058804<br>vcircelli@dcclawfirm.com<br>**DUGAS, CHEEK & CIRCELLI, PLLC**<br>1701 River Run, Suite 703<br>Fort Worth, TX 76107<br>Telephone: 817-945-3061<br>Facsimile: 682-219-0761<br><br>**ATTORNEYS FOR PLAINTIFF** | |

_/s/ Lindsey P. Bruning_
Lindsey P. Bruning