UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
———
No. 6:21-CV-00322-JCB
———

**Hilltop Church of the Nazarene,**
*Plaintiff,*

v.

**Church Mutual Insurance Company,**
*Defendant.*
———

Before BARKER, *District Judge*
———

# DEFENDANT'S WITNESS LIST

| Judge J. Campbell Barker | PLAINTIFF'S ATTORNEY: G. BRIAN ODOM, LINDSEY P. BRUNING, AND KIRI DEONARINE | DEFENDANT'S ATTORNEY: PRESTON J. DUGAS III AND VINCENT P. CIRCELLI |
|---|---|---|
| TRIAL DATE(S): November 14, 2022 | COURT REPORTER: SUSAN ZIELIE | COURTROOM DEPUTY: NICOLE CADENHEAD |

| | WITNESS NAME / EMPLOYER / TOPIC OF TESTIMONY | WILL CALL ("W") / MAY CALL ("M") / UNLIKELY TO CALL ("U") | EXPECTED TESTIMONY DURATION |
|---|---|---|---|
| 1. | Dewade Wiggins<br>Church Mutual Insurance Company<br><br>Dewade Wiggins has knowledge of the policy and Plaintiff's claim made the basis of the lawsuit. | W | 1 hour |

| | WITNESS NAME<br>EMPLOYER<br>TOPIC OF TESTIMONY | WILL CALL ("W")<br>MAY CALL ("M")<br>UNLIKELY TO CALL ("U") | EXPECTED<br>TESTIMONY<br>DURATION |
|---|---|---|---|
| 2. | Daniel J. Hillner, P.E.<br>EFI Global<br><br>Daniel J. Hillner may offer opinion and/or inference testimony regarding: (a) the design, construction, and physical condition of the insured property located at 10818 University Drive, Tyler, Texas 75707 (the "Property"), including the roofs, walls, and other exterior components of the Property purportedly damaged during a weather event on or about March 13-14, 2019; (b) the nature and extent of any physical damage sustained by the Property as a result of a weather event on or about March 13-14, 2019; and (c) the cause and origin of physical damage existing at the Property. Mr. Hillner may also respond to any reports, opinions, conclusions, evidence, or testimony offered by Plaintiff or its designated experts concerning any of the above or related topics. Mr. Hillner may also offer expert opinions and conclusions in response to any rebuttal reports, opinions, conclusions, evidence, or testimony that may be offered by Plaintiff and/or Plaintiff's designated experts. | W | 1-2 hours |
| 3. | Mike Hickey<br>Leading Edge Claims Service<br><br>Mike Hickey has knowledge of the property and Plaintiff's claim made the basis of the lawsuit. | W | 30 minutes-1 hour |

|   | WITNESS NAME<br>EMPLOYER<br>TOPIC OF TESTIMONY | WILL CALL ("W")<br>MAY CALL ("M")<br>UNLIKELY TO CALL ("U") | EXPECTED<br>TESTIMONY<br>DURATION |
|---|---|---|---|
| 4. | Steven J. Badger<br>Zelle LLP<br><br>Mr. Badger may testify as a rebuttal witness regarding the reasonableness and necessity of the attorneys' fees and expenses incurred and/or requested by Plaintiff in this matter and, if necessary, on appeal. Mr. Badger may also testify as to the reasonableness and necessity of the attorneys' fees and expenses incurred by Defendant in connection with this matter and, if necessary, on appeal. | M | 30 minutes |
| 5. | Josh Ziegler<br>Cavalry Construction<br><br>Josh Ziegler may offer opinion and/or inference testimony regarding the cost of repairs to Plaintiff's Property for damage claimed by Plaintiff and its designated expert. Mr. Ziegler may also respond to any reports, opinions, conclusions, evidence, or testimony offered by Plaintiff or its designated expert concerning the above or any related topics. Mr. Ziegler may also offer expert opinions and conclusions in response to any rebuttal reports, opinions, conclusions, evidence, or testimony that may be offered by Plaintiff and/or Plaintiff's designated experts. | W | 1 hour |
| 6. | Duane Smith (adverse)<br>Premier Adjustment Group, LLC/Insurance Adjusters Group LLC<br><br>Duane Smith has knowledge of the property and Plaintiff's claim made the basis of the lawsuit. | M | 30 minutes |

|  | WITNESS NAME<br>EMPLOYER<br>TOPIC OF TESTIMONY | WILL CALL ("W")<br>MAY CALL ("M")<br>UNLIKELY TO CALL ("U") | EXPECTED TESTIMONY DURATION |
|---|---|---|---|
| 7. | Anayo Onyi (adverse)<br>Stonewater Roofing<br><br>Anayo Onyi has knowledge of the property, repairs performed at the property, and Plaintiff's claim made the basis of the lawsuit. | M | 30 minutes |
| 8. | Clayton Fourniquet (adverse)<br>Hilltop Church of the Nazarene<br>By and through counsel of record, Preston J. Dugas, III<br><br>Clayton Fourniquet has knowledge of the property, repairs performed at the property, and Plaintiff's claim made the basis of the lawsuit. | M | 30 minutes |
| 9. | Michael Scarlett (adverse)<br>Hilltop Church of the Nazarene<br>By and through counsel of record, Preston J. Dugas, III<br><br>Michael Scarlett has knowledge of the property, repairs performed at the property, and Plaintiff's claim made the basis of the lawsuit. | M | 30 minutes |
| 10. | James Maxwell Judge (adverse)<br>JM Judge & Associates<br><br>James Maxwell Judge has knowledge of the property, repairs performed at the property, and Plaintiff's claim made the basis of the lawsuit. Mr. Judge is Plaintiff's causation and damage expert and is expected to testify on those issues. | M | 30 minutes |

| | WITNESS NAME<br>EMPLOYER<br>TOPIC OF TESTIMONY | WILL CALL ("W")<br>MAY CALL ("M")<br>UNLIKELY TO CALL ("U") | EXPECTED TESTIMONY DURATION |
|---|---|---|---|
| 11. | Preston J. Dugas III (adverse)<br>DUGAS, CHEEK & CIRCELLI, PLLC<br><br>Preston J. Dugas III is expected to offer testimony with regard to the reasonableness and necessity of attorneys' fees. | M | 30 minutes |

Defendant Church Mutual reserves the right to call as a direct witness, examine and/or cross-examine all other witnesses offered by Plaintiff at the trial of this case.

### DEFENDANT'S DESIGNATIONS OF DEPOSITION TESTIMONY

Defendant Church Mutual provides the following list of deposition excerpts that may be offered into evidence at trial. Defendant Church Mutual reserves the right not to use any portions of testimony designated and/or to use other portions of deposition transcripts not designated for purposes of rebuttal, impeachment, or completeness.

    A.    **Witness Anayo Onyi**

Page 25, Lines 4-14

Page 40, Lines 21-25

Page 41, Lines 1-23

    B.    **Witness James Maxwell Judge**

Page 41, Lines 5-21

Page 43, Lines 4-6

Page 43, Lines 12-15

Page 43, Lines 24-25

Page 44, Line 1-6

Page 47, Lines 4-16

        Respectfully submitted,

        **ZELLE LLP**

        By:   */s/ Lindsey P. Bruning*
           G. Brian Odom
           State Bar No. 50511840
           bodom@zellelaw.com
           Lindsey P. Bruning
           State Bar No. 24064967
           lbruning@zellelaw.com
           Kiri D. Deonarine
           State Bar No. 24105298
           kdeonarine@zellelaw.com

        901 Main Street, Suite 4000
        Dallas, TX  75202-3975
        Telephone:      214-742-3000
        Facsimile:       214-760-8994

        **ATTORNEYS FOR DEFENDANT CHURCH MUTUAL INSURANCE COMPANY**

- 7 -

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on this 6th day of September, 2022:

| | |
|---|---|
| Preston J. Dugas III<br>State Bar No. 24050189<br>pdugas@dcclawfirm.com<br>Vincent P. Circelli<br>State Bar No. 24058804<br>vcircelli@dcclawfirm.com<br>**DUGAS, CHEEK & CIRCELLI, PLLC**<br>1701 River Run, Suite 703<br>Fort Worth, TX 76107<br>Telephone: 817-945-3061<br>Facsimile: 682-219-0761<br><br>**ATTORNEYS FOR PLAINTIFF** | |

                                                                    */s/ Lindsey P. Bruning*
                                                                    Lindsey P. Bruning