# PLAINTIFF'S WITNESS LIST

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
———
No. 6:21-cv-00322
———

**Hilltop Church of the Nazarene,**

*Plaintiff,*

v.

**Church Mutual Insurance Company,**

*Defendant.*
———

Before BARKER, *District Judge*
———

## PLAINTIFF'S WITNESS LIST

| Judge J. Campbell Barker | PLAINTIFF'S ATTORNEY:<br>Preston J. Dugas, III<br>Vincent P. Circelli | DEFENDANT'S ATTORNEY:<br>G. Brian Odom<br>Lindsey P. Bruning<br>Kiri D. Deonarine |
|---|---|---|
| TRIAL DATE(S):<br>November 14, 2022 | COURT REPORTER:<br>Susan Zeelie | COURTROOM DEPUTY:<br>Nicole Cadenhead |

| | WITNESS NAME<br>EMPLOYER<br>TOPIC OF TESTIMONY | WILL CALL ("W")<br>MAY CALL ("M")<br>UNLIKELY TO CALL ("U") | EXPECTED TESTIMONY DURATION |
|---|---|---|---|
| 1. | **Rev. Micheal Scarlett, representative of Hilltop Church of the Nazarene**<br>c/o Preston Dugas, III<br>DUGAS, CHEEK & CIRCELLI, PLLC<br>1701 River Run, Suite 703<br>Fort Worth, TX 76107<br>Telephone: (817) 945-3061<br>*Plaintiff Representative who has knowledge of Plaintiff's claims and causes of action.* | Expects to Call Live. | 1 hour |

|   | WITNESS NAME<br>EMPLOYER<br>TOPIC OF TESTIMONY | WILL CALL ("W")<br>MAY CALL ("M")<br>UNLIKELY TO CALL ("U") | EXPECTED TESTIMONY DURATION |
|---|---|---|---|
| 2. | **Preston J. Dugas, III**<br>DUGAS, CHEEK & CIRCELLI, PLLC<br>1701 River Run, Suite 703<br>Fort Worth, TX 76107<br>Telephone: (817) 945-3061<br>*Mr. Dugas will provide fee statements and fee testimony by submission following the jury trial unless the Court requests or requires live testimony.* | Will provide fee statements and fee testimony by submission following the jury trial unless the Court requests or requires live testimony. | NA |
| 3. | **Clayton Fourniquet**<br>c/o Preston Dugas, III<br>DUGAS, CHEEK & CIRCELLI, PLLC<br>1701 River Run, Suite 703<br>Fort Worth, TX 76107<br>Telephone: (817) 945-3061<br>*Mr. Forniquet has knowledge of Plaintiff's claims and causes of action.* | | |
| 4. | **Duane Smith**<br>Premier Adjustment Group<br>P.O. Box 306<br>Bullard, Texas 75757<br>Telephone: (903) 216-0089<br>*Mr. Smith is a public adjuster and has knowledge about the damage to the Property, its cause, his inspection, and the reasonable and necessary costs to repair damaged property.* | Expects to call live. | 1 hour |

| | **WITNESS NAME**<br>**EMPLOYER**<br>**TOPIC OF TESTIMONY** | **WILL CALL ("W")**<br>**MAY CALL ("M")**<br>**UNLIKELY TO CALL ("U")** | **EXPECTED TESTIMONY DURATION** |
|---|---|---|---|
| 5. | **Max Judge**<br>JM Judge & Associates<br>17176 FM 156 Suite #A105<br>Justin, Texas 76247<br>Cell: 817-999-8433<br>Office: 940-648-0111<br>*Mr. Judge has knowledge about the damage to the Property, its cause, and the reasonable and necessary costs to repair damaged property.* | Expects to call live. | 3 hours |
| 6. | **Representative of Stonewater Roofing**<br>924 W. Houston St.<br>Tyler, Texas 75702<br>Telephone: (903) 266-1205<br>*Knowledge about the damage to the Property and the reasonable and necessary costs to repair damaged property, as well as the Church's mitigation efforts.* | Expects to call live. | 1 hour |
| 7. | **Representative of Church Mutual Insurance Company**<br>By and through counsel of record,<br>G. Brian Odom<br>Lindsey P. Bruning<br>Kiri D. Deonarine<br>ZELLE LLP<br>901 Main Street, Suite 4000<br>Dallas, Texas 75202<br>Telephone: (214) 742-3000 | Expects to call live. | 1 hour |

|    | **WITNESS NAME**<br>**EMPLOYER**<br>**TOPIC OF TESTIMONY** | **WILL CALL ("W")**<br>**MAY CALL ("M")**<br>**UNLIKELY TO CALL ("U")** | **EXPECTED TESTIMONY DURATION** |
|----|---|---|---|
| 8. | **Ned W. Derickson**<br>Church Mutual Insurance Company<br>By and Through Counsel of Record,<br>G. Brian Odom<br>Lindsey Bruning<br>ZELLE LLP<br>901 Main Street, Suite 4000<br>Dallas, Texas 75202<br>Telephone: (214) 742-3000<br>*Mr. Derickson served as a claim specialist in this matter on behalf of Defendant and will have knowledge of the handling of Plaintiff's claim and Church Mutual Insurance Company's denial of the claim.* | Expects to call live. | 3 hours |
| 9. | **Mike Hickey**<br>Church Mutual Insurance Company<br>By and Through Counsel of Record,<br>G. Brian Odom<br>Lindsey Bruning<br>ZELLE LLP<br>901 Main Street, Suite 4000<br>Dallas, Texas 75202<br>Telephone: (214) 742-3000<br>*Mr. Hickey served as an adjuster in this matter on behalf of Defendant and will have knowledge of the handling of Plaintiff's claim and Church Mutual Insurance Company's denial of the claim.* | Expects to call live. | 3 hours |

|     | **Witness name**<br>**Employer**<br>**Topic of testimony** | **Will call ("W")**<br>**May call ("M")**<br>**Unlikely to call ("U")** | **Expected testimony duration** |
|-----|---|---|---|
| 10. | **Daniel J. Hillner**<br>EFI GLOBAL, INC.<br>1800 10th Street, Suite 300<br>Plano, Texas 75074<br>(972) 484-6020<br>*Mr. Hillner served as an Engineer in this matter on behalf of Defendant and will have knowledge of the handling of Plaintiff's claim and Church Mutual Insurance Company's denial of the claim.* | Expects to call live. | 3 hours |
| 11. | **All individuals and entities designated by Defendant in its pre-trial disclosures.** | May call live if the need arises. | |

Respectfully submitted,

*/s/ Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com

**Dugas, Cheek & Circelli, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:    (817) 945-3061
Facsimile:    (682) 219-0761

**Attorneys for Plaintiff**

- 6 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, a true and correct copy of the foregoing was served on all counsel of record pursuant to Federal Rule of Civil Procedure 5(b), as follows:

**Via E-Serve**
G. Brian Odom
Lindsey P. Bruning
ZELLE LLP
901 Main Street, Suite 4000
Dallas, Texas 75202

**ATTORNEYS FOR DEFENDANT**

/s/ *Vincent P. Circelli*
Vincent P. Circelli
