# PLAINTIFF'S EXHIBIT LIST

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
―――――
No. 6:21-cv-00322
―――――

**Hilltop Church of the Nazarene,**
*Plaintiff,*

v.

**Church Mutual Insurance Company,**
*Defendant.*
―――――
Before BARKER, *District Judge*
―――――

## PLAINTIFF'S EXHIBIT LIST

| Judge J. Campbell Barker | PLAINTIFF'S ATTORNEY:<br>Preston J. Dugas, III<br>Vincent P. Circelli | DEFENDANT'S ATTORNEY:<br>G. Brian Odom<br>Lindsey P. Bruning<br>Kiri D. Deonarine |
|---|---|---|
| TRIAL DATE(S):<br>November 14, 2022 | COURT REPORTER:<br>Susan Zeelie | COURTROOM DEPUTY:<br>Nicole Cadenhead |

| EXHIBIT NUMBER | DATE OFFERED | ADMITTED | DESCRIPTION (INCLUDING BATES NUMBER IF APPLICABLE) | AGREEMENT OR DEFENDANT'S OBJECTION |
|---|---|---|---|---|
| 1. | | | Denial letter, dated April 30, 2020, bates labeled CM_000013 – CM_000015 | Agreed |
| 2. | | | Certified Insurance Policy, bates labeled CM_000052 – CM_000325 | Agreed |
| 3. | | | Premier Adjustment Group estimate, dated December 8, 2019, bates labeled HILLTOP_000490 – HILLTOP_000499 | Agreed |
| 4. | | | Attorney client fee agreement, bates labeled HILLTOP_000501 – HILLTOP_000503 | Agreed |

| EXHIBIT NUMBER | DATE OFFERED | ADMITTED | DESCRIPTION (INCLUDING BATES NUMBER IF APPLICABLE) | AGREEMENT OR DEFENDANT'S OBJECTION |
|---|---|---|---|---|
| 5. | | | Photographs, bates labeled HILLTOP_000504 – HILLTOP_000509, HILLTOP_000614 | Agreed |
| 6. | | | Duane Smith photographs, SMITH_000117 – SMITH_000605 | Agreed |
| 7. | | | Insurance Adjusters Group LLC photographs, SMITH_000002 – SMITH_000061 | Agreed |
| 8. | | | Hail History Report, bates labeled JUDGE_000005 | Agreed |
| 9. | | | Wind History Report, bates labeled JUDGE_000006 | Agreed |
| 10. | | | Photographs, bates labeled JUDGE_000012 – JUDGE_000020 | Agreed |
| 11. | | | JM Judge & Associates Estimate, bates labeled JUDGE_000024 – JUDGE_000034 | Defendant objects to the extent Plaintiff seeks to admit its expert's report as it contains out of court statements offered to prove the truth of the matter asserted and are accordingly inadmissible hearsay. FRE 801(c)(2); Balfour Beatty Rail, Inc. v. Kansas City Southern Railway Co., 173 F.Supp.3d 363, 413 (N.D.Tex. 2016). |
| 12. | | | DTPA Notice and Demand Letter, bates labeled CM_000564 – CM_000565 | Agreed |
| 13. | | | Texas Insurance Code Section 542A.003 Notice, bates labeled CM_000562 – CM_000563 | Agreed |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) | Agreement or Defendant's Objection |
|---|---|---|---|---|
| 14. | | | Photographs, bates labeled CM_000617 – CM_000753 | Agreed |
| 15. | | | Plaintiff's Experts' Reports and Attachments (only if Defendant's Experts' Reports and Attachments are admitted) | Defendant objects to the admissibility of Plaintiff's expert reports as they are out of court statements offered to prove the truth of the matter asserted and are accordingly inadmissible hearsay. FRE 801(c)(2); Balfour Beatty Rail, Inc. v. Kansas City Southern Railway Co., 173 F.Supp.3d 363, 413 (N.D.Tex. 2016). |

Hilltop Church of the Nazarene reserves the right to supplement this exhibit list and also reserves the right to use any exhibit listed on any other party's exhibit list. Hilltop Church of the Nazarene further reserves the right to introduce additional exhibits for purposes of impeachment or rebuttal.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com

**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:   (817) 945-3061
Facsimile:   (682) 219-0761

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE OF CONFORMITY
## WITH THE COURT'S SCHEDULING ORDER

This certifies that the parties met and conferred regarding the admissibility of each exhibit listed above. This further certifies that counsel for Defendant has agreed to the admissibility of the exhibits above where noted. For those exhibits not agreed to, the objections listed above constitute the nature and legal basis of any objection to admissibility.

/s/*Lindsey P. Bruning*
Lindsey P. Bruning

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, a true and correct copy of the foregoing was served on all counsel of record pursuant to Federal Rule of Civil Procedure 5(b), as follows:

**Via E-Serve**
G. Brian Odom
Lindsey P. Bruning
ZELLE LLP
901 Main Street, Suite 4000
Dallas, Texas 75202

**ATTORNEYS FOR DEFENDANT**

/s/ *Vincent P. Circelli*
Vincent P. Circelli