# DEFENDANT'S EXHIBIT LIST

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
———
No. 6:21-CV-00322-JCB
———

**Hilltop Church of the Nazarene,**
*Plaintiff,*

v.

**Church Mutual Insurance Company,**
*Defendant.*
———
Before BARKER, *District Judge*
———

## DEFENDANT'S EXHIBIT LIST

| Judge J. Campbell Barker | PLAINTIFF'S ATTORNEY: G. BRIAN ODOM, LINDSEY P. BRUNING, AND KIRI DEONARINE | DEFENDANT'S ATTORNEY: PRESTON J. DUGAS III AND VINCENT P. CIRCELLI |
|---|---|---|
| TRIAL DATE(S): November 14, 2022 | COURT REPORTER: SUSAN ZIELIE | COURTROOM DEPUTY: NICOLE CADENHEAD |

| EXHIBIT NUMBER | DATE OFFERED | ADMITTED | DESCRIPTION (INCLUDING BATES NUMBER IF APPLICABLE) | AGREEMENT OR PLAINTIFF'S OBJECTION |
|---|---|---|---|---|
| 1 | | | Policy No. 0118133-02-696239; CM 00052-325 | Agreed |
| 2 | | | October 1, 2019 Loss Report; CM 00796-97 | FRE 802 – Hearsay  FRE 901 – Lack of Authentication |
| 3 | | | Claim Payment Log; CM 00590-91 | FRE 802 – Hearsay  FRE 901 – Lack of Authentication |

| | | | | |
|---|---|---|---|---|
| 4 | | | Photo Report; CM 00802-70 | FRE 802 – Hearsay (as to captions)<br><br>FRE 901 – Lack of Authentication |
| 5 | | | Assignment Notes; CM 00757-60 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |
| 6 | | | Leading Edge Claims Service Estimate; CM 00788-95 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |
| 7 | | | Statement of Loss; CM 00957 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |
| 8 | | | October 14, 2019 Payment Letter; CM 00044 | FRE 402 – Relevance<br><br>FRE 802 – Hearsay<br><br>FRE 403 – Evidence confuses the issue and misleads the jury.<br><br>FRE 901 – Lack of Authentication |

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | January 7, 2020 email from Premier Adjustment Group advising of retention; CM 00029-30 | FRE 402 – Relevance<br><br>FRE 802 – Hearsay<br><br>FRE 403 – Evidence confuses the issue and misleads the jury.<br><br>FRE 901 – Lack of Authentication | |
| 10 | | | Premier Adjustment Group Estimate; CM 00473-82 | FRE 402 – Relevance<br><br>FRE 403 – Evidence confuses the issue and misleads the jury.<br><br>FRE 901 – Lack of Authentication | |
| 11 | | | April 16, 2020 EFI Global's Roof Storm Damage Assessment; CM 00346-410 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication | |
| 12 | | | April 30, 2020 Denial Letter; CM 00013-15 | Agreed. | |
| 13 | | | Stonewater Roofing Invoice for $350; HILLTOP_000613 | Agreed. | |
| 14 | | | Stonewater Roofing Invoice for $1500.00; HILLTOP_000500 | Agreed. | |
| 15 | | | Stonewater Roofing Estimate; HILLTOP_000549-52 | Agreed. | |

| 16 | | | Stonewater Roofing Contract; HILLTOP_000510-12 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication<br><br>FRE 403 – Evidence confuses the issue and misleads the jury |
|---|---|---|---|---|
| 17 | | | Insurance Adjusters Group LLC Photos; HILLTOP_000012-71 | Agreed. |
| 18 | | | CoreLogic Report; CM 00361 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |
| 19 | | | Daniel Hillner CV; EXHIBIT A-2 to Defendant's Rule 26(a)(2) Initial Expert Disclosures | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |
| 20 | | | Photos of the property taken by Daniel Hillner; CM 00364-CM 00410 | FRE 802 – Hearsay (as to captions)<br><br>FRE 901 – Lack of Authentication |
| 21 | | | Plaintiff's First Amended Complaint | Agreed. |
| 22 | | | *Ford v. Great Am. Assurance Co. & Stephen Christopher Wade*, No. W-15-CV-088, 2015 WL 11004910 (W.D. Tex. July 14, 2015); Exhibit 2 to James Maxwell Judge's Deposition | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |

| 23 | | | StormIntel Hail History Report dated 5/25/2022; Exhibit 3 to James Maxwell Judge's Deposition | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |
|---|---|---|---|---|
| 24 | | | Cavalry Estimate; Exhibit 10 to Michael Scarlett's Deposition | FRE 402 – Relevance<br><br>FRE 403 – Evidence confuses the issue and misleads the jury.<br><br>FRE 901 – Lack of Authentication |
| 25 | | | Hilltop's 542A Notice; CM 00562-63 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication<br><br>FRE 403 – Evidence confuses the issue and misleads the jury |
| 26 | | | Hilltop's DTPA Notice and Demand Letter; CM 00564-65 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication<br><br>FRE 403 – Evidence confuses the issue and misleads the jury |

| | | | | |
|---|---|---|---|---|
| 27 | | | Church Mutual's Election of Liability Letter; CM 00548-49 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication<br><br>FRE 403 – Evidence confuses the issue and misleads the jury |
| 28 | | | October 26, 2020 Letter; CM 00046 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |
| 29 | | | October 29, 2020 Letter; CM 00038 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |
| 30 | | | April 13, 2020 Letter; CM 00037 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |
| 31 | | | September 12, 2019 Letter; CM 00036 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |
| 32 | | | March 20, 2020 Letter; CM 00034 | FRE 802 – Hearsay<br><br>FRE 901 – Lack of Authentication |

| 33 | | | September 17, 2020 Letter of Representation; CM 00005 | FRE 402 – Relevance

FRE 802 – Hearsay

FRE 403 – Evidence confuses the issue and misleads the jury.

FRE 901 – Lack of Authentication |
| --- | --- | --- | --- | --- |
| 34 | | | March 6, 2020 Letter; CM 00001 | FRE 802 – Hearsay

FRE 901 – Lack of Authentication |
| 35 | | | Claim Notes; CM 00573-89 | FRE 802 – Hearsay

FRE 901 – Lack of Authentication |

Defendant Church Mutual Insurance Company ("Church Mutual") expressly reserves (and does not waive) its option to refrain from introducing and/or using any of the above-listed exhibits at trial. Church Mutual further reserves the right to introduce and/or use additional exhibits for demonstrative or illustrative purposes, as well as for purposes of rebuttal, impeachment, or completeness.

Respectfully submitted,

**ZELLE LLP**

By:     */s/ Lindsey P. Bruning*
    G. Brian Odom
    State Bar No. 50511840
    bodom@zellelaw.com
    Lindsey P. Bruning
    State Bar No. 24064967
    lbruning@zellelaw.com
    Kiri D. Deonarine
    State Bar No. 24105298
    kdeonarine@zellelaw.com

901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANT CHURCH MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF CONFERENCE OF CONFORMITY
## WITH THE COURT'S SCHEDULING ORDER

This certifies that the parties met and conferred regarding the admissibility of each exhibit listed above. This further certifies that counsel for Plaintiff has agreed to the admissibility of the exhibits above where noted. For those exhibits not agreed to, the objections listed above constitute the nature and legal basis of any objection to admissibility.

/s/ *Vincent P. Circelli*
Vincent P. Circelli

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on this 30th day of September, 2022:

| |
|---|
| Preston J. Dugas III |
| State Bar No. 24050189 |
| pdugas@dcclawfirm.com |
| Vincent P. Circelli |
| State Bar No. 24058804 |
| vcircelli@dcclawfirm.com |
| **DUGAS, CHEEK & CIRCELLI, PLLC** |
| 1701 River Run, Suite 703 |
| Fort Worth, TX 76107 |
| Telephone: 817-945-3061 |
| Facsimile: 682-219-0761 |
| |
| **ATTORNEYS FOR PLAINTIFF** |

/s/ *Lindsey P. Bruning*
Lindsey P. Bruning