# JOINT JURY QUESTIONNAIRE

| | | |
|---|---|---|
| 1. Name:<br><br>Age:<br><br>What city do you live in? | 2. Highest grade you completed in school?<br><br>If college, please list any degrees received and major area of study: | 3. If you or a loved one were seriously harmed by someone's negligence, would you file a lawsuit?<br><br>☐ YES         ☐ NO |
| 4. Who is your current employer, if retired or not working, what was your last job?<br><br>What is/were your job title and duties:<br><br>Type of business: | 5. Marital/relationship status:<br><br>Significant other's educational background:<br><br>His/her occupation:<br><br>His/her job duties: | 6. Number of children and stepchildren and ages:<br><br>Children's occupations:<br><br>Parents' occupations (or previous occupations if retired or deceased): |
| 7. Are you a:<br><br>☐ Democrat<br>☐ Republican<br>☐ Independent<br>☐ Tea Party<br>☐ Other_____ | 8. Which group do you identify with most?<br><br>☐ Executives<br>☐ Managers<br>☐ Workers | 9. There should be laws making it more difficult to file a lawsuit.<br><br>☐ Strongly agree<br>☐ Agree<br>☐ Disagree<br>☐ Strongly disagree |
| 10. Have you or someone close ever been a Plaintiff (person suing) or Defendant (person being sued) in a civil lawsuit?<br>☐ YES         ☐ NO<br>If YES, describe the case:<br><br>How did you feel about the outcome? | 11. Have you ever served on a jury?<br><br>☐ YES         ☐ NO<br><br>If YES, what was the case about?<br><br>What was the verdict?<br><br>Were you the foreman? | 12. Have you or someone close ever owned a business or been senior manager of a company?<br><br>☐ YES         ☐ NO<br><br>If YES, who and what kind of business?<br><br>Was that business ever sued? |
| 13. Have you or someone close ever worked for a company that does claims adjusting?<br><br>☐ YES         ☐ NO<br><br>If YES, who, for what company(ies) and what was this person's job? | 14. Are you a member of any organizations?<br><br>☐ YES         ☐ NO<br><br>If YES, what organizations? | 15. Have you or someone close ever worked in the medical or legal field?<br><br>☐ YES         ☐ NO<br><br>If YES, who, for what company/office, and what was this person's job? |

1

| 16. Have you, any family members or friends ever worked for, owned stock in or done business with Hilltop Church of the Nazarene or Church Mutual Insurance Company?<br><br>☐ YES ☐ NO<br><br>If YES, please describe: | 17. Have you or someone close ever worked in the Insurance industry, including as a contractor?<br><br>☐ YES ☐ NO<br><br>If YES, please explain: | 18. In general, what are your feelings about hail damage lawsuits? |
|---|---|---|
| 19. Have you ever been in charge of risk management at your place of work?<br><br>☐ YES ☐ NO | 20. Have you, a close friend, or a family member ever been involved in a business dispute?<br><br>☐ YES ☐ NO<br><br>If YES, please explain: | 21. There are too many restrictions and regulations placed on companies today.<br><br>☐ Strongly agree<br>☐ Agree<br>☐ Disagree<br>☐ Strongly disagree |
| 22. Have you ever made a claim against an insurance company?<br><br>☐ YES ☐ NO<br><br>If YES, please explain: | 23. People try to take advantage of insurance companies when they make claims.<br><br>☐ Strongly agree<br>☐ Agree<br>☐ Disagree<br>☐ Strongly disagree | 24. Most insurance companies treat their clients fairly and in good faith when they make a claim<br><br>☐ Strongly agree<br>☐ Agree<br>☐ Disagree<br>☐ Strongly disagree |
| 25. What are your feelings about punitive damages (money awarded to punish individuals or companies)? | 26. This trial could last 4 days. Is there any reason you could not serve? | |

2