UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00322

**Hilltop Church of The Nazarene,**
*Plaintiff,*

v.

**Church Mutual Insurance Company,**
*Defendant.*

**ORDER**

This case is set for trial on November 14, 2022. Doc. 8. Currently, another case is set for trial before this case on that date. Because this trial may need to be moved, the parties are ordered to file a joint report by October 14, 2022, indicating their availability for the month of December, the month of January, and the month of February.

Additionally, it appears that the parties last mediated in March. Doc. 20. 28 U.S.C. § 651 and Local Rule CV-83(e) authorize the use of alternative dispute resolution processes in all civil actions. Recognizing the value of mediation, the court orders the parties to indicate in their joint report whether further mediation would be helpful in this case.

*So ordered by the court on October 7, 2022.*

J. CAMPBELL BARKER
United States District Judge