IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HILLTOP CHURCH OF THE NAZARENE, § § § Plaintiff, § § v. § § CHURCH MUTUAL INSURANCE § COMPANY, § § Defendant. § | CIVIL ACTION NO. 6:21-CV-00322-JCB |

## JOINT REPORT

Plaintiff Hilltop Church of the Nazarene and Defendant Church Mutual Insurance Company (collectively, the "Parties") present this Joint Report pursuant to the Court's Order dated October 7, 2022 [Doc. 42].

Per the Court's October 7, 2022 Order, the Parties understand that another case is set for trial before this case on November 14, 2022. Counsel for Defendant further advises that, on October 7, 2022, the Southern District Court issued a Notice of Trial Setting in *Smiley Team II v. General Star Indemnity Company,* No. 3:21-cv-00103, another case it is handling, also setting trial for November 14, 2022. Given the various scheduling issues, counsel for both Parties are amenable to moving this trial if the Court is so inclined. To that end, the Parties are both available the following weeks in December, January, and February:

December 5-10;

January 2-6; 9-13; 16-20; and 23-27;

February 6-10; 13-17; 20-24; and 27-March 3.

The Parties further notify the Court that they completed mediation on March 31, 2022, which was ultimately unsuccessful. The Parties also completed the required in-person Settlement

Conference on Wednesday, October 12, 2022 in Dallas, Texas. Vinny Circelli attended as counsel of record for Plaintiff and Michael Scarlett attended as Hilltop's representative. Lindsey Bruning attended as counsel of record for Defendant, with Church Mutual representative, Dewade Wiggins. The parties were ultimately unable to reach a resolution. At this time, the Parties do not believe further mediation would be helpful in this case.

        Respectfully submitted,

By: */s/ Vincent P. Circelli*
    Vincent P. Circelli
    State Bar No. 24058804
    vcircelli@dcclawfirm.com
    Preston J. Dugas III
    State Bar No. 24050189
    pdugas@dcclawfirm.com
    **DUGAS, CHEEK & CIRCELLI, PLLC**
    1701 River Run, Suite 703
    Fort Worth, Texas 76107
    Telephone:  (817) 945-3061
    Facsimile:  (682) 219-0761

    ATTORNEYS FOR PLAINTIFF

-AND-

By: */s/ Lindsey P. Bruning*
    G. Brian Odom
    State Bar No. 50511840
    bodom@zellelaw.com
    Lindsey P. Bruning
    State Bar No. 24064967
    lbruning@zellelaw.com
    Kiri D. Deonarine
    State Bar No. 24105298
    kdeonarine@zellelaw.com
    **ZELLE LLP**
    901 Main Street, Suite 4000
    Dallas, Texas 75202-3975
    Telephone: (214) 742-3000
    Facsimile: (214) 760-8994

    ATTORNEYS FOR DEFENDANT