**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:21-CV-00322-JCB |
| | § | |
| CHURCH MUTUAL INSURANCE | § | |
| COMPANY, | § | |
| *Defendant*. | § | |

**JOINT NOTICE OF TIME REQUESTED FOR (1) VOIR DIRE;**
**(2) OPENING STATEMENTS; (3) DIRECT AND CROSS EXAMINATIONS;**
**AND (4) CLOSING ARGUMENTS**

Pursuant to the Court's Pretrial Scheduling Order, Plaintiff Hilltop Church of the Nazarene ("Plaintiff") and Defendant Church Mutual Insurance Company ("Defendant") submit this Joint Notice of Time Requested for voir dire, opening statements, direct and cross-examinations, and closing arguments as follows:

| | Event | Time requested |
|---|---|---|
| 1. | Voir Dire | 1.5 hours total (45 minutes per party following questions from the Court) |
| 2. | Opening Statements | 2 hours (60 minutes per party) |
| 3. | Direct examinations and cross examinations | 20 hours total (6 hours for direct per party, 4 hours for cross-examination per party) |
| 4. | Closing Arguments | 2 hours total (1 hour per side) |

Respectfully submitted,

*/s/Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com

**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:     (817) 945-3061
Facsimile:     (682) 219-0761

**ATTORNEYS FOR PLAINTIFFS**

**-AND-**


*/s/ Lindsey P. Bruning (with permission)*
G. Brian Odom
bodom@zellelaw.com
State Bar No. 50511840
Lindsey P. Bruning
lbruning@zellelaw.com
State Bar No. 24064967
Kiri D. Deonarine
kdeonarine@zellelaw.com
State Bar No. 24105298
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone:     (214) 742-3000
Facsimile:     (214) 760-8994

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on October 17, 2022 in manner described below:

<u>*via e-serve*</u>
G. Brian Odom
Lindsey P. Bruning
Kiri D. Deonarine
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202

ATTORNEYS FOR DEFENDANT

*/s/Vincent P. Circelli*
Vincent P. Circelli