# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| HILLTOP CHURCH OF THE NAZARENE, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:21-CV-00322-JCB |
| | § | |
| CHURCH MUTUAL INSURANCE COMPANY, | § | |
| *Defendant*. | § | |

## JOINT STATUS REPORT REGARDING SETTLEMENT CONFERENCE

Plaintiff Hilltop Church of the Nazarene ("Plaintiff") and Defendant Church Mutual Insurance Company ("Defendant") submit this Joint Status Report pursuant to the Court's Scheduling Order regarding mediation in the above-captioned matter:

A settlement conference was held at the office of Defendant's counsel on Wednesday, October 12, 2022. Attending in person for Plaintiff: Michael Scarlett, Corporate Representative and counsel for Plaintiff Vincent P. Circelli. Attending for Defendant was Dewade Wiggins, Corporate Representative, and counsel for Defendant, Lindsey P. Bruning and Kiri D. Deonarine. The matter was not resolved and prospects of settlement before trial are unlikely.

Respectfully submitted,

*/s/Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com

**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:	(817) 945-3061
Facsimile:	(682) 219-0761

**ATTORNEYS FOR PLAINTIFFS**

**-AND-**

*/s/ Lindsey P. Bruning*
G. Brian Odom
bodom@zellelaw.com
State Bar No. 50511840
Lindsey P. Bruning
lbruning@zellelaw.com
State Bar No. 24064967
Kiri D. Deonarine
kdeonarine@zellelaw.com
State Bar No. 24105298
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone:	(214) 742-3000
Facsimile:	(214) 760-8994

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on October 19, 2022 in manner described below:

***via e-serve***
G. Brian Odom
Lindsey P. Bruning
Kiri D. Deonarine
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202

**ATTORNEYS FOR DEFENDANT**

                                                     */s/Vincent P. Circelli*
                                                     Vincent P. Circelli