UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00322

**Hilltop Church of The Nazarene,**
*Plaintiff,*

v.

**Church Mutual Insurance Co.,**
*Defendant.*

# FINAL JUDGMENT

The court, having rendered its decision by separate opinion, hereby enters judgment that the claims against defendant are dismissed with prejudice. The clerk of court is directed to close the case.

*So ordered by the court on December 20, 2022.*

J. CAMPBELL BARKER
United States District Judge